## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
In re                                          :    Chapter 11
                                               :
AIO US, INC.,                                  :    Case No. 24-11836 (CTG)
                                               :
                                               :    Re: Docket No. 2
              Debtor.                          :
                                               :
Tax I.D. No. 13-3149872                        :
-------------------------------------------------------- x
In re                                          :    Chapter 11
                                               :
AVON PRODUCTS, INC.,                           :    Case No. 24-11837 (CTG)
                                               :
                                               :
              Debtor.                          :
                                               :
Tax I.D. No. 13-0544597                        :
-------------------------------------------------------- x
In re                                          :    Chapter 11
                                               :
MI HOLDINGS, INC.,                             :    Case No. 24-11838 (CTG)
                                               :
                                               :
              Debtor.                          :
                                               :
Tax I.D. No. 13-3106450                        :
-------------------------------------------------------- x
In re                                          :    Chapter 11
                                               :
AVON CAPITAL CORPORATION,                      :    Case No. 24-11839 (CTG)
                                               :
                                               :
              Debtor.                          :
                                               :
Tax I.D. No. 13-2802219                        :
-------------------------------------------------------- x
```

**ORDER PURSUANT TO FED. R. BANKR. P. 1015(b) DIRECTING
JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Upon the motion (the "**Motion**")[1] of AIO US, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for entry of an order directing joint administration of the Debtors' chapter 11 cases, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**"), all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon any hearing held on the Motion (the "**Hearing**"); and upon the First Day Declaration and the record of the Hearing; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

**IT IS HEREBY ORDERED THAT**

1.      The Motion is granted to the extent set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 24-11836 (CTG).

3.      Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors, or the Debtors' estates.

4.      The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
```
| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **AIO US, INC., _et al._,** | : | **Case No. 24-11836 (CTG)** |
| | : | |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |
```
------------------------------------------------------------ x
```

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: AIO US, Inc. (9872), Avon Products, Inc. (4597), MI Holdings, Inc. (6450), and Avon Capital Corporation (2219).  The Debtors' mailing and service address is 4 International Drive Suite 110, Rye Brook, New York 10573.

5.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

6.      The following notation shall be entered on the docket in each Debtor's chapter 11 case (other than the chapter 11 case of AIO US, Inc.) to reflect the joint administration of these cases:

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of AIO US, Inc., *et al.* The docket in Case No. 24-11836 (CTG) should be consulted for all matters affecting this case.

7.      The Debtors and the Clerk of the Court are authorized to take all action

necessary to effectuate the relief granted in this Order.

8.      This Court retains jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation, or enforcement of this Order.

**Dated: August 14th, 2024**
**Wilmington, Delaware**

                                        **CRAIG T. GOLDBLATT**
                                        **UNITED STATES BANKRUPTCY JUDGE**

3