UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| AVON PRODUCTS, INC. | NO. 24-11837 |
| Debtor. | |

## **REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**COMES NOW Williams, Kastner & Gibbs, PLLC**, and pursuant to Bankruptcy Rule 2002, requests that copies of all motions, notices and pleadings (except Proof of Claim) filed herein be served upon it and the undersigned attorney at the following address:

> Shawn B. Rediger
> Williams, Kastner & Gibbs PLLC
> 601 Union Street, Suite 4100
> Seattle, WA 98101-2380
> Email:  srediger@williamskastner.com; shancheroff@williamskastner.com

**PLEASE TAKE NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy Clerk,

REQUEST FOR SERVICE OF NOTICES AND PAPERS - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: (206) 628-6600 • F: (206) 628-6611

4884-1294-7641.1

1  Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the above-

2  captioned debtors, or property of the debtors.

3      DATED this 4th day of September, 2024.

WILLIAMS, KASTNER & GIBBS PLLC

*/s/ Shawn B, Rediger*
Shawn B. Rediger, WSBA #26425
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
***Attorney for Williams, Kastner & Gibbs PLLC***

REQUEST FOR SERVICE OF NOTICES AND PAPERS - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
P: (206) 628-6600 • F: (206) 628-6611

4884-1294-7641.1