## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re                                                   :   Chapter 11
                                                        :
                                                        :   Case No. 24–11836 (CTG)
AIO US, INC., et al.,                                   :
                                                        :   (Jointly Administered)
                                                        :
            Debtors.¹                                   :   Re: Docket No. 128
------------------------------------------------------- x
```

## NOTICE OF FILING OF AMENDMENT TO STATEMENT OF
## FINANCIAL AFFAIRS OF DEBTOR AVON PRODUCTS, INC. (CASE NO. 24–11837)

PLEASE TAKE NOTICE that, on September 9, 2024, Avon Products, Inc.

("**API**"), as a debtor and debtor in possession in the above-captioned chapter 11 cases

(the "**Debtors**"), filed its *Statement of Financial Affairs* [Docket No. 128] (the "**SOFA**") with the

United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that API is hereby filing an amendment to

the SOFA (the "**Amended SOFA**") which reflects (i) the removal of certain payments or transfers

under Part 2, Question 3 and (ii) the addition of certain intercompany payments or transfers of

property under Part 2, Question 4.

PLEASE TAKE FURTHER NOTICE that a copy of the Amended SOFA is

attached hereto as **Exhibit A**.  The Amended SOFA is in addition to, and does not replace, the

previously filed SOFA (except to the extent that the Amended SOFA corrects inadvertent errors

in the SOFA).  The Amended SOFA is hereby incorporated into, and comprises an integral part

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: AIO US, Inc. (9872), Avon Products, Inc. (4597), MI Holdings, Inc. (6450), and Avon Capital Corporation (2219).  The Debtors' mailing and service address is 4 International Drive Suite 110, Rye Brook, New York 10573.

of, the SOFA.  API reserves its right to further amend the SOFA, from time to time as may be

necessary or appropriate.

Dated: September 12, 2024
        Wilmington, Delaware

|  |
|---|
| */s/ David T. Queroli* |
| RICHARDS, LAYTON & FINGER, P.A. |

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Zachary I. Shapiro (No. 5103)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail:        collins@rlf.com
               merchant@rlf.com
               shapiro@rlf.com
               queroli@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit J. Berkovich (admitted *pro hac vice*)
Matthew P. Goren (admitted *pro hac vice*)
Alejandro Bascoy (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:     (212) 310-8000
E-mail:        ronit.berkovich@weil.com
               matthew.goren@weil.com
               alejandro.bascoy@weil.com


*Proposed Attorneys for the Debtors
and Debtors in Possession*

## Exhibit A

**Amended SOFA**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re                                  :   **Chapter 11**
                                       :
**AIO US, INC.,** *et al.,*            :   **Case No. 24–11836 (CTG)**
                                       :
         **Debtors.**[1]               :   **(Jointly Administered)**
---------------------------------------------------------- x

**GLOBAL NOTES, METHODOLOGY, DISCLAIMERS, AND**
**SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## INTRODUCTION

AIO US, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**")[2] in the above-captioned chapter 11 cases, with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**" and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**").

The Schedules and Statements have been signed by Phillip J. Gund ("**Mr. Gund**"), Chief Restructuring Officer and Treasurer of the Debtors. Mr. Gund is an authorized signatory for the Debtors. In reviewing and signing the Schedules and Statements, Mr. Gund relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Gund has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

These Global Notes, Methodology, Disclaimers and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: AIO US, Inc. (9872), Avon Products, Inc. (4597), MI Holdings, Inc. (6450), and Avon Capital Corporation (2219). The Debtors' mailing and service address is 4 International Drive Suite 110, Rye Brook, New York 10573.

[2]   Capitalized terms used but not otherwise defined herein shall the meanings ascribed to such terms in the *Declaration of Philip J. Gund in Support of Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 12] (the "**First Day Declaration**").

Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors reserve all of their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtors, and their officers, employees, agents, attorneys, and financial advisors, do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or recategorized. The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1.  **Reservation of Rights**. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim description, designation, or the Debtor against which the claim is asserted; dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any claim. Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not in fact "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including,

without limitation, issues involving claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a claim pursuant to section 502 of the Bankruptcy Code or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2.   **Description of Cases and "as of" Information Date**. On August 12, 2024 (the "**Petition Date**"), the Debtors each commenced with the Bankruptcy Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On August 27, 2024, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed the Official Committee of Unsecured Creditors (the "**Creditors' Committee**"). No trustee or examiner has been appointed in the chapter 11 cases.

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on July 31, 2024, and the liability information provided herein, except with respect to certain legacy benefit liabilities or as otherwise noted, represents the liability data of the Debtors as of the close of business on the Petition Date.**

3.   **Basis of Presentation**. Except as otherwise noted herein or in the Schedules and Statements, the Schedules and Statements are intended to reflect the separate assets and liabilities for each of the Debtors. For financial reporting purposes, prior to the Petition Date, the Debtors historically prepared financial statements. These Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to reconcile to the financial statements previously distributed to lenders, major creditors, or various equity holders on an intermittent basis. Unlike the GAAP basis financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets (as described in greater detail below) and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

4.      **Net Book Value of Assets**.  It would be prohibitively expensive and unduly burdensome for the Debtors to obtain current market valuations for all of their assets as of the Petition Date.  In addition, as set forth in the First Day Declaration, the Debtors are undertaking a marketing and sale process for all or substantially all of their assets.   Under the circumstances, it would be potentially prejudicial and an inefficient use of estate assets for the Debtors to also obtain current market valuations for all of their assets as of the Petition Date.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of July 31, 2024, as set forth in the Debtors' books and records. Additionally, because the book value of certain assets, such as fixed assets, intangible assets, and other assets, may materially differ from their fair market value, they may be listed as undetermined amounts as of the Petition Date.  Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

5.      **Recharacterization**.   Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated (including as "disputed," "contingent," "unliquidated," and "subject to set-off"), or omitted certain items or designations due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired after the Petition Date.

6.      **Real Property and Personal Property—Leased**.   In the ordinary course of their businesses, the Debtors lease real or other property, from certain third-party lessors.  The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  The Debtors have included on **Schedule D** secured obligations to the extent the lessor filed a UCC-1 financing statement.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including an admission or determination as to whether to assume, assume and assign, or reject such lease or whether it is a true lease or a financing arrangement).

7.      **Excluded Assets and Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods, subject to the methodology in these Global Notes, based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code.

The Debtors have excluded certain categories of assets, accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, deferred gains, and other accrued balances. In addition, certain immaterial assets and liabilities may have been excluded.

The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected after the Petition Date, to the extent such damage claims may exist.

8.    **Insiders**. Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code. Such individuals may no longer serve in such capacities. In the interest of additional disclosure, the Debtors may also have included certain individuals who may have officer titles in their responses to **Statements, Part 13, Question 28**. The Schedules and Statements do not include any payments to insiders of the Debtors by non-Debtor affiliates.

The listing of a party as an insider for purposes for the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements have been included for informational purpose only and such information may not be used for purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purposes.

9.    **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

As described in further detail in the First Day Declaration, while Avon Products, Inc. ("**API**") is the owner of the legal title to the majority of the Debtors' intellectual property assets, by virtue of certain intercompany assignment agreements, certain other Debtor and non-Debtor subsidiaries own economic title to the intellectual property assets. Although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or a non-Debtor, or vice versa. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

10. **Executory Contracts and Unexpired Leases**.  Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in **Schedule A/B 55**, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  The Debtors' executory contracts and unexpired leases, with the exception of confidentiality and non-disclosure agreements, have been set forth in **Schedule G**.

11. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counter-claim, or recoupment, any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

As set forth in the First Day Declaration, the special committee of the board of directors of API (the "**Special Committee**") conducted an independent investigation of certain claims or causes of action that may be held by the Debtors' estates, including, but not limited to, those that might be asserted by the Company arising from its prepetition transactions with Natura &Co Holding S.A. (collectively, with certain non-Debtor subsidiaries, "**Natura**"), as well as potential avoidance actions under the Bankruptcy Code.  Following the completion of the Special Committee's investigation, the Debtors engaged in negotiations with Natura and ultimately reached an agreement therewith to settle all potential claims and causes of action against Natura in exchange for cash and other consideration, subject to Bankruptcy Court approval (the "**Natura Settlement**").  A complete description of the terms and conditions of the Natura Settlement, including the potential claims and causes of action being settled or compromised therein, is set forth in the motion to approve the settlement filed with the Bankruptcy Court on August 14, 2024 [Docket No. 65].  The hearing on the motion to approve the Natura Settlement is currently scheduled for October 15, 2024.

12.     **Payment of Prepetition Claims Pursuant to First Day Orders**.   The Debtors have authority to pay certain outstanding prepetition claims pursuant to various orders of the Bankruptcy Court, including, but not limited to, certain orders the Bankruptcy Court entered within the first two (2) days of the Debtors' chapter 11 cases authorizing the Debtors to pay certain prepetition amounts (collectively, the "**First Day Orders**").   As such, outstanding liabilities may have been reduced by payments made on prepetition claims pursuant to orders of the Bankruptcy Court, including the First Day Orders.  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

13.     **Summary of Significant Reporting Policies**.   The following is a summary of significant reporting policies:

    a      Undetermined Amounts.   The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

    b      Totals.   All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c      Liens.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14.     **Estimates and Assumptions**.   Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual amounts could differ from those estimates, perhaps materially.

15.     **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

16.     **Consolidated Cash Management System**.   As described in the Cash Management Motion,[3] the Debtors utilize an integrated, centralized cash management system, in the ordinary course of business, (i) to collect, transfer, and disburse funds generated by the operations of their non-Debtor subsidiaries and through their treasury function and (ii) to receive reimbursements on account of such disbursements (the "**Cash Management System**").

        In the ordinary course of business, the Debtors engage in intercompany transactions with each other and certain non-Debtor affiliates ("**Intercompany Transactions**"), which in

---

[3]   "**Cash Management Motion**" means the Debtors' motion seeking interim and final authority to continue the Debtors' cash management system and intercompany transactions [Docket No. 9].

turn give rise to intercompany receivables and payables (each, an "**Intercompany Claim**"). Intercompany Transactions arise in the ordinary course, solely on account of the intercompany provision of goods and services or expenditures made on affiliates' behalf. In addition, as many of the non-Debtor affiliates do not have a U.S.-based payor, the Debtors from time to time facilitate payments to certain U.S.-based vendors, suppliers, contract counterparties, and employees on behalf of the non-Debtor affiliates. The terms of the Intercompany Transactions are governed by and processed pursuant to a series of prepetition agreements between and among the Debtors and their non-Debtor affiliates, including but not limited to that certain *Avon Products, Inc. Intercompany Services Agreement*, dated as of January 1, 2018, as may be amended from time to time, and that certain *Technical Support and Innovation Agreement*, dated as of August 16, 2018, as may be amended from time to time (collectively, the "**Shared Services Agreements**"). The Shared Services Agreements generally provide that the Debtors are entitled to reimbursement of their cost plus a mark-up from the non-Debtor affiliate. Historically, Intercompany Claims were not settled by actual transfers of cash among the Debtors. Instead, the Debtors tracked all Intercompany Transactions in their accounting system, which concurrently were recorded on the applicable Debtors' balance sheets. Following the Petition Date, the Debtors will receive cash in exchange for their services to, and in satisfaction of disbursements on behalf of, non-Debtor affiliates on an ongoing basis, within thirty (30) days of such postpetition services and disbursements, pursuant to the Shared Services Agreements.

In addition, historically, the Debtors' primary sources of receipts included, among other things, proceeds from a prepetition cash pooling arrangement with their non-Debtor subsidiaries. As of the Petition Date, the Debtors have discontinued such cash pooling arrangement and have funded their expenses through the proceeds of their debtor-in-possession financing (the "**DIP Financing**"), which was approved on an interim basis on August 14, 2024.

The Debtors' accounting system requires that all general ledger entries be balanced at the legal-entity level. Unless otherwise noted, the Debtors have reported the aggregate net intercompany balances among the Debtors and non-Debtor affiliates as assets on **Schedule A/B** and as liabilities on **Schedule E/F**, respectively. The listing in the Schedules or Statements (including, without limitation, **Schedule A/B** or **Schedule E/F**) by the Debtors of any obligation between one Debtor and another Debtor or non-Debtor affiliate is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

17. **Guarantees and Other Secondary Liability Claims**. The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant **Schedules G** and **H** for the affected Debtor(s). The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their

review of their books and records and contractual agreements.  The Debtors reserve their rights to amend the Schedules and Statements if additional guarantees are identified.

18.   **Setoffs**.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers.  These offsets, and other similar rights, are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets in the ordinary course of business are not independently accounted for, and as such, may be excluded from the Schedules and Statements.

19.   **Global Notes Control**.  If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE SCHEDULES

1.   **Schedule A/B**.  Other than real property leases reported on **Schedule A/B 55**, the Debtors have not included unexpired leases and executory contracts on **Schedule A/B**.  Unexpired leases and executory contracts are listed on **Schedule G**.

The Debtors maintain in their records detail on certain assets, including furniture, fixtures, equipment, machinery, and intangibles, that have been fully depreciated.  Those assets are not listed in **Schedule A/B**, as the Debtors may no longer be in possession of those assets.

2.   **Schedule A/B 3**.  Cash values held in financial accounts are listed on **Schedule A/B 3** as of the open of business on the Petition Date.  Details with respect to the Cash Management System and bank accounts are provided in the Cash Management Motion.

3.   **Schedule A/B 11**.  Accounts receivable do not include intercompany receivables.  Intercompany receivables are reflected in **Schedule A/B 77**.

4.   **Schedules A/B 15**.  Each Debtor's **Schedule A/B** includes its ownership interest, if any, in any subsidiaries.  In general, the value of such interest is dependent upon the calculated value of the underlying subsidiaries' equity and profits and losses over time.  Because the Debtors did not undertake a historical analysis to assign values to the ownership interests in the Debtors' subsidiaries, the value of the interest in such subsidiaries is listed as "undetermined."

5.   **Schedule A/B 72**.  Asset information provided in response to this item reflects the values as set forth in the Debtors' 2022 consolidated tax return.

6.   **Schedule A/B 73**.  The Debtors' known insurance policies are listed in **Schedule A/B 73** with an undetermined value.  In the event a Debtor prepaid for insurance, that amount is included in **Schedule A/B 8**.

7.    **Schedules A/B 74 & 75**.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, setoffs, refunds, or potential warranty claims against their counterparties.  Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims as a defendant.  Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on **Schedule A/B 74** or **75**. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

8.    **Schedule A/B 77**.  As noted above, intercompany receivables are reflected in response to this question.

9.    **Schedule D**.  The Debtors have not included on **Schedule D** parties that may believe their claims are secured through setoff rights, letters of credit, surety bonds, or statutory lien rights.  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court that is or becomes final (including any order approving the DIP Financing and/or Natura Settlement), the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to any creditor of any Debtor.  Except as set forth herein, including the prior sentence, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

10.   **Schedule E/F**.  The Debtors have used reasonable efforts to report all general unsecured claims against the Debtors on **Schedule E/F**, based upon the Debtors' books and records as of the Petition Date.  Intercompany payables and legal benefit obligations, however, are reflected on **Schedule E/F** based upon the Debtors' books and records as of July 31, 2024.

      Determining the date upon which each claim on **Schedule E/F** was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on **Schedule E/F**.  Furthermore, claims listed on **Schedule E/F** may have been aggregated by unique creditor name and "remit to" address and may include several dates of incurrence for the aggregate balance listed.

      Any information contained in **Schedule E/F** with respect to potential litigation shall not be a binding admission or representation of any Debtor's liability with respect to any of the potential suits and proceedings included therein.

      Parties who have asserted talc-related claims involving API or any of the other Debtors (collectively, the "**Talc Claimants**") and who are known to the Debtors are listed on **Schedule E/F** as holders of nonpriority unsecured claims.  Unless these talc-related claims have been settled with API or any of the other Debtors, the amounts for such claims are listed as "unknown" and are marked as "contingent," "unliquidated," and "disputed" in the Schedules and Statements.  In addition, unpaid settlement amounts have been listed on **Schedule E/F**.  By including the Talc Claimants on **Schedule E/F**, the Debtors do not concede that any claims that such claimants have or may assert against any of the Debtors

have merit or that any amounts are owed by the Debtors to such claimants. The addresses listed for the Talc Claimants in **Schedule E/F** are the addresses of their identified counsel. As the Debtors were often unable to discern the relationship between the multiple law firms representing a single Talc Claimant, the identification of a particular law firm and attorney does not represent an admission or opinion as to which law firm or attorney currently represents the Talc Claimants.

The Debtors have not included on **Schedule E/F** co-defendants involved in pending talc-related litigation against API or any other Debtors where such co-defendants have not affirmatively asserted a cross-claim against API or any other Debtors in the underlying litigation. The Debtors also have not included on **Schedule E/F** any co-defendants with cross-claims that may have been "deemed" asserted against API or any other Debtors and/or asserted solely as a procedural matter. To the extent potential claims have been affirmatively asserted and are listed on **Schedule E/F**, the amounts for these potential claims are listed as "unknown" and are marked as "contingent," "unliquidated," and "disputed" in the Schedules and Statements. The Debtors do not concede that any claims that any co-defendants have or may assert against API have merit or that any amounts are owed by the Debtors to such co-defendants on account of such claims. Any listed co-defendants have only been listed once with one address, even if the co-defendant appeared as a co-defendant in the Debtors' books and records multiple times in different pending litigation cases.

Real estate taxes and certain other contingent accrued liabilities not reasonably estimated may have been excluded from **Schedule E/F**.

**Schedule E/F** reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid (subject to an order of the Bankruptcy Court) in connection with the assumption of executory contracts or unexpired leases. Additionally, **Schedule E/F** does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected, except where a judgment has been rendered.

11.     **Schedule G**.  While reasonable efforts have been made to ensure the accuracy of **Schedule G**, inadvertent errors, omissions, and unintended duplication or overinclusion of items may have occurred. The Debtors reserve all rights to supplement or amend **Schedule G** as necessary. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on **Schedule G** does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease that was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on **Schedule G** may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on **Schedule G**.

Confidentiality and non-disclosure agreements may not be listed on **Schedule G**.

Certain of the contracts and agreements listed on **Schedule G** may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on **Schedule G** or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on **Schedule G**. Multiple listings may not reflect distinct contracts between the applicable Debtor and such supplier or provider but, instead, a series of documents comprising a single contract. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on **Schedule G** may have expired or terminated prior to the Petition Date. The Debtors reserve their rights to argue that any of the contracts, agreements, and leases listed on **Schedule G** expired or terminated prior to the Petition Date. Additionally, some of the contracts, agreements, and leases listed on **Schedule G** may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on **Schedule G**, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on **Schedule G**. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on **Schedule G**.

12.     **Schedule H**. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation, including talc-related litigation. These matters may involve multiple plaintiffs and defendants, some of whom may assert cross-claims and counter-claims against other parties. Because the Debtors have treated all such claims as "contingent," "unliquidated," or "disputed", such claims may not have been set forth individually on **Schedule H**. All material litigation matters are listed under **Statement 7**, as applicable.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE STATEMENTS

1.  **Statements 1 & 2**. The amounts shown in response to these questions reflect third party revenue and intercompany service charges.

2.  **Statement 3**. The amounts listed in **Statement 3** reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on **Statement 3**. In addition, for the sake of completeness and out of an abundance of caution, the Debtors have listed transfers valued at less than $7,575 in their response to **Statement 3**. All disbursements to restructuring advisors are listed in **Statement 11**.

3.  **Statement 4**. The Debtors reserve all rights to dispute whether someone identified in response to **Statement 4** is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code. With respect to individuals, the amounts listed reflect the universe of payments and transfers made specifically to or for the benefit of such individuals, including their regular compensation, as well as any bonuses, expense reimbursements, severance payments, and/or relocation reimbursement. However, amounts paid on behalf of such individuals for generally applicable employee benefit programs have not been included. Pursuant to the Cash Management System, payments made to various parties may be made from a single Debtor on behalf of one or more Debtor entities. The Debtors have only listed the Debtor entity that disbursed the payment.

    In addition, for the sake of completeness and out of an abundance of caution, the Debtors have listed transfers valued at less than $7,575 in their response to **Statement 4**.

4.  **Statement 6**. The Debtors may incur setoffs resulting from the ordinary course of business with their counterparties. Such setoffs are consistent with the ordinary course practices in the Debtors' industry. Additionally, it would be overly burdensome and costly for the Debtors to list all such normal setoffs. Therefore, **Statement 6** excludes such setoffs.

5.  **Statement 7**. The actions described in response to **Statement 7** are the responsive proceedings or pending proceedings of which the Debtors are actually aware. Any information contained in **Statement 7** shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

6.  **Statement 10**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. Given the scale of the Debtors' operations, certain losses, including those attributable to theft, are unable to be tracked by the Debtors with complete accuracy, and accordingly, such losses have not been listed on the Statements.

7.  **Statement 11**. All disbursements listed in **Statement 11** were initiated and disbursed by API, but were for the benefit of all Debtors. Such payments have been listed only at this entity and not duplicated across all Debtors.

13

8.    **Statement 20**.  For the avoidance of doubt, all property listed in **Statement 20** is tangible property physically kept in off-premise storage units or warehouses.

Off-premises storage locations are owned and operated by independent third parties.  As such, the Debtors are unable to determine all of the individuals with access to those storage locations.

9.    **Statement 26d**.    In addition to public filings with the Securities and Exchange Commission, the Debtors have provided financial statements in the ordinary course of their businesses to various financial institutions, creditors, landlords, and other parties within two (2) years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed all parties that may have received such financial statements for the purposes of **Statement 26d**.

10.    **Statement 28**.  For purposes of **Statement 28**, the Debtors' officers, directors, managing members, general partners, shareholders with over 10% interest in the Debtors and members or other individuals in control of the Debtors have been included.

11.    **Statement 30**.  All known disbursements to "insiders" of the Debtors, as discussed above, have been listed in the response to **Statement 4**.

| Fill in this information to identify the case: |
| --- |

| Debtor | Avon Products, Inc. |
| --- | --- |

| United States Bankruptcy Court for the: | Delaware |
| --- | --- |

| Case number (if known) | 24-11837 |
| --- | --- |

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 7 THIRD AVENUE LEASEHOLD<br>C/O SAGE REALTY CORPORATION<br>5TH FLOOR<br>NEW YORK, NY  10017 | 06/11/2024 | $1,129,791.63 | SERVICES |
| | 06/14/2024 | $233,828.26 | SERVICES |
| | 07/09/2024 | $121,039.28 | SERVICES |
| | 07/11/2024 | $98,097.93 | SERVICES |
| TOTAL FOR 7 THIRD AVENUE LEASEHOLD | | $1,582,757.10 | |
| ACTIO CORPORATE ASSET ADVISORS<br>25 CLOVER DRIVE<br>GREAT NECK, NY  11021 | 06/11/2024 | $11,678.55 | SERVICES |
| | 07/11/2024 | $25,221.01 | SERVICES |
| | 08/05/2024 | $11,023.65 | SERVICES |
| | 08/08/2024 | $11,000.00 | SERVICES |
| TOTAL FOR ACTIO CORPORATE ASSET ADVISORS | | $58,923.21 | |
| ADAMS AND ADAMS<br>LYNNWOOD BRIDGE OFFICE PARK<br>4 DAVENTRY<br>PRETORIA, GAUTENG  0081<br>SOUTH AFRICA | 05/23/2024 | $3,156.90 | SERVICES |
| | 06/14/2024 | $5,544.66 | SERVICES |
| | 06/27/2024 | $1,738.71 | SERVICES |
| | 07/08/2024 | $6,236.42 | SERVICES |
| | 07/15/2024 | $24.46 | SERVICES |
| | 08/05/2024 | $9,367.87 | SERVICES |
| TOTAL FOR ADAMS AND ADAMS | | $26,069.02 | |

Debtor    Avon Products, Inc.                                                    Case number (if known)    24-11837

(Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| ADVANCED SOFTWARE DESIGNS<br>16150 MAIN CIRCLE DRIVE<br>SUITE 200<br>CHESTERFIELD, MO  63017 | 06/14/2024 | $16,800.00 | SUPPLIERS OR VENDORS |
| | 07/01/2024 | $60,332.00 | SUPPLIERS OR VENDORS |
| | 07/05/2024 | $20,400.00 | SUPPLIERS OR VENDORS |
| | 08/09/2024 | $113,466.00 | SUPPLIERS OR VENDORS |
| **TOTAL FOR ADVANCED SOFTWARE DESIGNS** | | **$210,998.00** | |
| AETNA<br>151 FARMINFTON AVE<br>HARTFORD, CT  06156 | 05/31/2024 | $7,550.02 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $9,845.70 | SUPPLIERS OR VENDORS |
| | 07/02/2024 | $7,173.72 | SUPPLIERS OR VENDORS |
| | 08/02/2024 | $6,839.20 | SUPPLIERS OR VENDORS |
| **TOTAL FOR AETNA** | | **$31,408.64** | |
| ALLERGISA PESQUISA DERMATO-COS<br>AV DR ROMEU TORTIMA, 452<br>AV DOUTOR<br>CAMPINAS, SAO PAULO  13084-791<br>BRAZIL | 06/14/2024 | $6,113.00 | SERVICES |
| | 07/08/2024 | $10,258.00 | SERVICES |
| | 08/05/2024 | $9,132.00 | SERVICES |
| **TOTAL FOR ALLERGISA PESQUISA DERMATO-COS** | | **$25,503.00** | |
| ALLIED UNIVERSAL SECURITY SERV<br>8 TOWER BRIDGE<br>CONSHOHOCKEN, PA  19428 | 06/19/2024 | $34,846.76 | SERVICES |
| | 07/29/2024 | $6,777.52 | SERVICES |
| **TOTAL FOR ALLIED UNIVERSAL SECURITY SERV** | | **$41,624.28** | |
| AON BERMUDA LTD<br>AON HOUSE<br>30 WOODBOURNE AVENUE<br>HAMILTON, PEMBROKE  HM08<br>BERMUDA | 05/23/2024 | $34,472.00 | SERVICES |
| | 07/08/2024 | $278,229.00 | SERVICES |
| **TOTAL FOR AON BERMUDA LTD** | | **$312,701.00** | |
| AON CONSULTING INC<br>29695 NETWORK PLACE<br>CHICAGO, IL  60694 | 05/17/2024 | $15,387.76 | SERVICES |
| | 05/27/2024 | $15,387.73 | SERVICES |
| | 06/24/2024 | $21,905.11 | SERVICES |
| | 07/24/2024 | $121,275.00 | SERVICES |
| | 07/25/2024 | $28,675.51 | SERVICES |
| **TOTAL FOR AON CONSULTING INC** | | **$202,631.11** | |
| AON RISK SERVICES NORTHEAST IN<br>199 WATER STREET<br>NEW YORK, NY  10038 | 07/08/2024 | $1,115,706.00 | SERVICES |
| | 07/16/2024 | $90,395.48 | SERVICES |
| | 07/22/2024 | $9,344.00 | SERVICES |
| **TOTAL FOR AON RISK SERVICES NORTHEAST IN** | | **$1,215,445.48** | |
| ARCHIVE SYSTEMS INC DBA ACCESS<br>P.O. BOX 782998<br>PHILADELPHIA, PA  19178 | 05/24/2024 | $73.96 | SUPPLIERS OR VENDORS |
| | 06/14/2024 | $5,063.48 | SUPPLIERS OR VENDORS |
| | 07/05/2024 | $1,793.84 | SUPPLIERS OR VENDORS |
| | 07/30/2024 | $14,660.51 | SUPPLIERS OR VENDORS |
| | 08/02/2024 | $1,818.60 | SUPPLIERS OR VENDORS |
| **TOTAL FOR ARCHIVE SYSTEMS INC DBA ACCESS** | | **$23,410.39** | |

Debtor    Avon Products, Inc.                                Case number (if known)    24-11837
          (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| ARIAS HONDURAS SERVICIOS JURID CENTRO COMERCIAL DORADO, 4 TEGUCIGALPA, FRANCISCO MORAZAN 11011 HONDURAS | 05/23/2024 | $586.50 | SERVICES |
| | 06/27/2024 | $17,544.14 | SERVICES |
| | 07/15/2024 | $218.50 | SERVICES |
| **TOTAL FOR ARIAS HONDURAS SERVICIOS JURID** | | **$18,349.14** | |
| ATRIUM STAFFING LLC 71 FIFTH AVENUE 3RD FLOOR NEW YORK, NY  10003 | 05/20/2024 | $50,112.13 | SUPPLIERS OR VENDORS |
| | 05/22/2024 | $7,167.39 | SUPPLIERS OR VENDORS |
| | 05/24/2024 | $3,837.02 | SUPPLIERS OR VENDORS |
| | 06/10/2024 | $3,484.73 | SUPPLIERS OR VENDORS |
| | 06/14/2024 | $2,393.19 | SUPPLIERS OR VENDORS |
| | 06/21/2024 | $2,190.95 | SUPPLIERS OR VENDORS |
| | 06/24/2024 | $1,404.40 | SUPPLIERS OR VENDORS |
| | 07/01/2024 | $2,236.33 | SUPPLIERS OR VENDORS |
| | 07/08/2024 | $2,534.50 | SUPPLIERS OR VENDORS |
| | 07/15/2024 | $2,483.94 | SUPPLIERS OR VENDORS |
| | 07/23/2024 | $2,574.69 | SUPPLIERS OR VENDORS |
| | 07/29/2024 | $2,686.18 | SUPPLIERS OR VENDORS |
| | 08/01/2024 | $1,918.70 | SUPPLIERS OR VENDORS |
| | 08/09/2024 | $8,588.78 | SUPPLIERS OR VENDORS |
| **TOTAL FOR ATRIUM STAFFING LLC** | | **$93,612.93** | |
| AUTOMATIC DATA PROCESSING  INC ONE ADP BLVD ROSELAND, NJ  07068 | 06/30/2024 | $6,005.73 | SERVICES |
| | 06/30/2024 | $5,458.86 | SERVICES |
| | 06/30/2024 | $2,925.99 | SERVICES |
| | 06/30/2024 | $2,131.65 | SERVICES |
| | 06/30/2024 | $78.16 | SERVICES |
| | 07/12/2024 | $6,707.14 | SERVICES |
| | 08/05/2024 | $13,100.00 | SERVICES |
| **TOTAL FOR AUTOMATIC DATA PROCESSING  INC** | | **$36,407.53** | |
| AUTOMATIC SUPPRESSION AND ALAR 67 RAMAPO VALLEY ROAD SUITE 101 MAHWAH, NJ  07430 | 07/02/2024 | $8,122.71 | SERVICES |
| | 07/23/2024 | $1,864.05 | SERVICES |
| **TOTAL FOR AUTOMATIC SUPPRESSION AND ALAR** | | **$9,986.76** | |
| AVEPOINT INC HARBORSIDE FINANCIAL CENTER PLAZA TEN 9TH FL JERSEY CITY, NJ  07311 | 08/09/2024 | $41,580.24 | SUPPLIERS OR VENDORS |
| **TOTAL FOR AVEPOINT INC** | | **$41,580.24** | |
| AXIOM GLOBAL INC 295 LAFAYETTE STREET SUITE 700 NEW YORK, NY  10012 | 05/27/2024 | $4,944.11 | SERVICES |
| | 07/01/2024 | $5,525.77 | SERVICES |
| | 07/08/2024 | $8,488.00 | SERVICES |
| | 07/29/2024 | $6,107.43 | SERVICES |
| | 08/08/2024 | $12,214.86 | SERVICES |
| **TOTAL FOR AXIOM GLOBAL INC** | | **$37,280.17** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| BAKER MCKENZIE<br>14F ONE TAIKOO PLACE 979 KINGS ROAD<br>QUARRY BAY, KOWLOON 0000<br>HONG KONG | 06/30/2024<br>06/30/2024<br>07/30/2024 | $62,711.20<br>$52,950.03<br>$62,711.20 | SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR BAKER MCKENZIE** | | **$178,372.43** | |
| BANK OF AMERICA<br>2 KING EDWARD STREET<br>LONDON EC1A 1HQ<br>UNITED KINGDOM | 05/24/2024<br>07/05/2024<br>07/10/2024<br>07/10/2024<br>07/10/2024 | $93,560.68<br>$20,997.00<br>$51,334.94<br>$21,227.74<br>$20,997.00 | BANK FEES<br>BANK FEES<br>BANK FEES<br>BANK FEES<br>BANK FEES |
| **TOTAL FOR BANK OF AMERICA** | | **$208,117.36** | |
| BARBARA ZANE SAFECHUCK<br>ADDRESS ON FILE | 06/05/2024<br>07/01/2024<br>07/05/2024<br>07/08/2024 | $33,870.97<br>$25,000.00<br>$25,000.00<br>$215.33 | SERVICES<br>SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR BARBARA ZANE SAFECHUCK** | | **$84,086.30** | |
| BERNHARDT MOVING INC<br>53 DEAN STREET<br>WESTWOOD, NJ 07656 | 05/17/2024<br>05/20/2024<br>07/01/2024<br>07/15/2024<br>08/01/2024 | $9,300.00<br>$12,590.00<br>$2,700.00<br>$2,700.00<br>$1,350.00 | SERVICES<br>SERVICES<br>SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR BERNHARDT MOVING INC** | | **$28,640.00** | |
| BONEZZI SWITZER POLITO AND HUP<br>1300 EAST 9TH STREET<br>SUITE 1950<br>CLEVELAND, OH 44114 | 06/19/2024<br>07/05/2024<br>07/12/2024<br>08/05/2024<br>08/08/2024 | $3,825.77<br>$3,950.18<br>$5,975.33<br>$16,080.94<br>$8,219.02 | SERVICES<br>SERVICES<br>SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR BONEZZI SWITZER POLITO AND HUP** | | **$38,051.24** | |
| BOTTOMLINE TECHNOLOGIES DE I<br>325 CORPORATE DRIVE<br>PORTSMOUTH, NH 03801 | 07/23/2024 | $60,487.35 | SUPPLIERS OR VENDORS |
| **TOTAL FOR BOTTOMLINE TECHNOLOGIES DE I** | | **$60,487.35** | |
| BRUNSWICK GROUP LLC<br>1114 AVENUE OF THE AMERICAS 24 FLOOR<br>NEW YORK, NY 10036 | 06/14/2024<br>07/22/2024 | $20,000.00<br>$37,500.00 | SERVICES<br>SERVICES |
| **TOTAL FOR BRUNSWICK GROUP LLC** | | **$57,500.00** | |
| CABLEVISION LIGHTPATH INC<br>P.O. BOX 360111<br>PITTSBURGH, PA 15251 | 06/14/2024<br>07/01/2024 | $13,904.33<br>$13,904.33 | SUPPLIERS OR VENDORS<br>SUPPLIERS OR VENDORS |
| **TOTAL FOR CABLEVISION LIGHTPATH INC** | | **$27,808.66** | |

Debtor    Avon Products, Inc.
(Name)

Case number (if known)    24-11837

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| CETRULO LLP<br>TWO SEAPORT LN<br>BOSTON, MA  02110 | 05/24/2024 | $25,334.35 | SERVICES |
| | 06/21/2024 | $26,639.11 | SERVICES |
| | 07/09/2024 | $33,467.32 | SERVICES |
| | 07/11/2024 | $1,070.00 | SERVICES |
| | 07/29/2024 | $36,496.95 | SERVICES |
| | 08/08/2024 | $45,257.49 | SERVICES |
| **TOTAL FOR CETRULO LLP** | | **$168,265.22** | |
| CHEHARDY SHERMAN WILLIAMS R AN<br>GALLERIA BOULEVARD 1<br>METAIRIE, LA 70001 | 06/11/2024 | $1,894,494.67 | SERVICES |
| | 07/15/2024 | $83,177.00 | SERVICES |
| | 07/25/2024 | $625,000.00 | SERVICES |
| **TOTAL FOR CHEHARDY SHERMAN WILLIAMS R AN** | | **$2,602,671.67** | |
| CINCINNATI BELL TECHNOLOGY SOL<br>P.O. BOX 748001<br>CINCINNATI, OH  45274 | 05/17/2024 | $20.45 | SERVICES |
| | 05/20/2024 | $388.74 | SERVICES |
| | 06/14/2024 | $9,382.41 | SERVICES |
| | 07/05/2024 | $5,236.96 | SERVICES |
| **TOTAL FOR CINCINNATI BELL TECHNOLOGY SOL** | | **$15,028.56** | |
| CIT BANK<br>10201 CENTURION PARKWAY NORTH<br>SUITE 100<br>JACKSONVILLE, FL 32256 | 06/07/2024 | $91,388.34 | SERVICES |
| **TOTAL FOR CIT BANK** | | **$91,388.34** | |
| CITIBANK N.A.<br>PAULISTA AVE., 1111<br>16TH FLOOR<br>SÃO PAULO, SP  01311-920<br>BRAZIL | 07/30/2024 | $11,009.85 | BANK FEES |
| | 08/09/2024 | $54,442.60 | SERVICES |
| **TOTAL FOR CITIBANK N.A.** | | **$65,452.45** | |
| CITIBANK NEVADA US IBCP<br>PO BOX 6025<br>A-C 427533<br>THE LAKES, NV  89163 | 05/17/2024 | $2,775.76 | SERVICES |
| | 05/24/2024 | $5,807.32 | SERVICES |
| | 06/07/2024 | $8,059.37 | SERVICES |
| | 06/14/2024 | $268.44 | SERVICES |
| | 06/21/2024 | $289.43 | SERVICES |
| | 06/21/2024 | $237.49 | SERVICES |
| | 06/28/2024 | $877.37 | SERVICES |
| | 07/05/2024 | $182.63 | SERVICES |
| | 07/22/2024 | $20,570.22 | SERVICES |
| | 07/26/2024 | $10,516.40 | SERVICES |
| | 08/02/2024 | $6,428.11 | SERVICES |
| | 08/09/2024 | $619.35 | SERVICES |
| **TOTAL FOR CITIBANK NEVADA US IBCP** | | **$56,631.89** | |
| CMBG3 LAW LLC<br>265 FRANKLIN STREET<br>WEYMOUTH, MA  02110 | 08/05/2024 | $600,000.00 | SERVICES |
| **TOTAL FOR CMBG3 LAW LLC** | | **$600,000.00** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| COGENT COMMUNICATIONS INC<br>1015 31ST STREET NW<br>WASHINGTON, DC  20007 | 07/15/2024 | $192,152.07 | SUPPLIERS OR VENDORS |
| **TOTAL FOR COGENT COMMUNICATIONS INC** | | **$192,152.07** | |
| COOK LAW FIRM PLLC<br>115 BROADWAY<br>NEW YORK, NY  10006 | 06/19/2024 | $100,866.25 | SERVICES |
| | 07/05/2024 | $47,572.50 | SERVICES |
| | 07/12/2024 | $60,832.50 | SERVICES |
| | 08/05/2024 | $106,153.02 | SERVICES |
| | 08/08/2024 | $201,681.00 | SERVICES |
| | 08/08/2024 | $50,000.00 | SERVICES |
| **TOTAL FOR COOK LAW FIRM PLLC** | | **$567,105.27** | |
| COONEY AND CONWAY, LLP<br>120 N LASALLE STREET 30TH FLOOR<br>CHICAGO, IL  60602 | 05/31/2024 | $200,000.00 | SERVICES |
| **TOTAL FOR COONEY AND CONWAY, LLP** | | **$200,000.00** | |
| COSTAR GROUP INC<br>3333 PIEDMONT RD NE<br>SUITE 300<br>ATLANTA, GA  30305 | 06/27/2024 | $148.82 | SUPPLIERS OR VENDORS |
| | 08/05/2024 | $223.23 | SUPPLIERS OR VENDORS |
| | 08/08/2024 | $12,500.00 | SUPPLIERS OR VENDORS |
| **TOTAL FOR COSTAR GROUP INC** | | **$12,872.05** | |
| COVINGTON & BURLING LP<br>ONE CITYCENTER<br>850 TENTH<br>WASHINGTON, DC  20001 | 07/12/2024 | $117,634.05 | SERVICES |
| | 08/02/2024 | $22,548.60 | SERVICES |
| | 08/08/2024 | $28,906.65 | SERVICES |
| | 08/08/2024 | $25,000.00 | SERVICES |
| **TOTAL FOR COVINGTON & BURLING LP** | | **$194,089.30** | |
| CRAVATH SWAINE AND MOORE LLP<br>825 EIGHTH AVE<br>NEW YORK, NY  10019 | 06/14/2024 | $76,610.00 | SERVICES |
| **TOTAL FOR CRAVATH SWAINE AND MOORE LLP** | | **$76,610.00** | |
| CSC CORPORATE DOMAINS INC<br>2711 CENTERVILLE ROAD<br>SUITE 400<br>WILMINGTON, DE  19808 | 06/19/2024 | $4,764.88 | SUPPLIERS OR VENDORS |
| | 07/05/2024 | $9,577.12 | SUPPLIERS OR VENDORS |
| | 07/12/2024 | $7,513.94 | SUPPLIERS OR VENDORS |
| | 08/05/2024 | $17,011.21 | SUPPLIERS OR VENDORS |
| | 08/09/2024 | $4,748.89 | SUPPLIERS OR VENDORS |
| **TOTAL FOR CSC CORPORATE DOMAINS INC** | | **$43,616.04** | |
| CT CORPORATION SYSTEM<br>111 8TH AV<br>13TH FLOOR<br>NEW YORK, NY  10011 | 05/17/2024 | $6,429.78 | SUPPLIERS OR VENDORS |
| | 06/19/2024 | $3,127.00 | SUPPLIERS OR VENDORS |
| | 08/05/2024 | $11,371.35 | SUPPLIERS OR VENDORS |
| | 08/08/2024 | $7,796.23 | SUPPLIERS OR VENDORS |
| **TOTAL FOR CT CORPORATION SYSTEM** | | **$28,724.36** | |

Debtor    Avon Products, Inc.                                    Case number (if known)    24-11837

        (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| DANNEMANN  SIEMSEN  BIGLER E I<br>AV RODOLFO AMOEDO, 300<br>SAL 101 SA<br>RIO DE JANEIRO  22620-350<br>BRAZIL | 05/23/2024<br>06/14/2024<br>08/05/2024 | $6,886.71<br>$1,807.02<br>$339.50 | SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR DANNEMANN  SIEMSEN  BIGLER E I** | | **$9,033.23** | |
| DAVE MACKENZIE LANDSCAPING LLC<br>109 STERLING MINE ROAD<br>SLOATSBURG, NY  10974 | 05/15/2024<br>05/17/2024<br>06/19/2024<br>07/12/2024 | $32,241.56<br>$250.00<br>$8,918.88<br>$617.74 | SERVICES<br>SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR DAVE MACKENZIE LANDSCAPING LLC** | | **$42,028.18** | |
| DEBLASE BROWN EYERLY LLP<br>680 S SANTA FE AVENUE<br>LOS ANGELES, CA  90021 | 05/13/2024 | $250,000.00 | SERVICES |
| **TOTAL FOR DEBLASE BROWN EYERLY LLP** | | **$250,000.00** | |
| DENNEMEYER S A<br>55 RUE DES BRUYERES<br>HOWALD CIT<br>LUXEMBOURG, CAPELLEN  1274<br>LUXEMBOURG | 06/14/2024<br>07/08/2024<br>08/05/2024 | $53,191.33<br>$25,104.81<br>$2,944.65 | SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR DENNEMEYER S A** | | **$81,240.79** | |
| DGS IT CONSULTING<br>41 CLOVER HILL DR<br>POUGHKEEPSIE, NY  12603 | 06/14/2024<br>07/12/2024<br>08/05/2024<br>08/05/2024<br>08/08/2024 | $15,680.00<br>$13,932.00<br>$14,158.00<br>$5,000.00<br>$3,709.00 | SERVICES<br>SERVICES<br>SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR DGS IT CONSULTING** | | **$52,479.00** | |
| DLA PIPER HONG KONG<br>25TH FLOOR THREE EXCHANGE SQUARE<br>8 CONNAUGHT PLACE CENTRAL<br>HONG KONG<br>HONG KONG | 05/23/2024<br>06/27/2024<br>07/08/2024<br>07/26/2024 | $6,689.10<br>$2,264.40<br>$2,481.20<br>$10,183.37 | SERVICES<br>SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR DLA PIPER HONG KONG** | | **$21,618.07** | |
| DLA PIPER LLP US<br>1251 AVE OF THE AMERICAS<br>27TH FLOOR<br>NEW YORK, NY  10020 | 06/19/2024<br>07/12/2024<br>08/05/2024<br>08/09/2024 | $6,608.39<br>$7,672.66<br>$23,843.59<br>$13,659.60 | SERVICES<br>SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR DLA PIPER LLP US** | | **$51,784.24** | |
| DONAHUE AND PARTNERS LLP<br>5 TIMES SQUARE<br>NEW YORK, NY  10036 | 07/08/2024 | $20,545.00 | SERVICES |
| **TOTAL FOR DONAHUE AND PARTNERS LLP** | | **$20,545.00** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| EPIQ EDISCOVERY SOLUTIONS<br>3255 E ELWOOD STREET<br>SUITE 110<br>PHOENIX, AZ 20039 | 05/27/2024 | $9,850.00 | SERVICES |
| | 07/05/2024 | $9,850.00 | SERVICES |
| | 07/12/2024 | $9,850.00 | SERVICES |
| | 08/08/2024 | $19,700.00 | SERVICES |
| **TOTAL FOR EPIQ EDISCOVERY SOLUTIONS** | | **$49,250.00** | |
| EQUILIBRIUM CONSULTING<br>7005 WINDSOR WAY<br>BURLINGTON, NC 27244 | 06/11/2024 | $9,000.00 | SERVICES |
| **TOTAL FOR EQUILIBRIUM CONSULTING** | | **$9,000.00** | |
| EQUINIX INC<br>6653 PINECREST DRIVE<br>PLANO, TX 75024 | 06/14/2024 | $6,000.30 | SERVICES |
| | 07/01/2024 | $260,620.93 | SERVICES |
| | 08/01/2024 | $131,561.00 | SERVICES |
| | 08/08/2024 | $133,671.88 | SERVICES |
| | 08/09/2024 | $264,886.49 | SERVICES |
| **TOTAL FOR EQUINIX INC** | | **$796,740.60** | |
| FIS CAPITAL MARKETS US LLC<br>601 RIVERSIDE AVE<br>JACKSONVILLE, FL 32204 | 05/17/2024 | $187.50 | SUPPLIERS OR VENDORS |
| | 07/15/2024 | $114,299.00 | SUPPLIERS OR VENDORS |
| **TOTAL FOR FIS CAPITAL MARKETS US LLC** | | **$114,486.50** | |
| FOLEY AND MANSFIELD<br>250 MARQUETTE AVENUE SOUTH<br>SUITE 1200<br>MINNEAPOLIS, MS 55401 | 05/17/2024 | $14,635.49 | SERVICES |
| | 05/27/2024 | $1,536.00 | SERVICES |
| | 06/10/2024 | $712,631.35 | SERVICES |
| | 06/19/2024 | $22,394.50 | SERVICES |
| | 07/05/2024 | $81,704.71 | SERVICES |
| | 07/11/2024 | $13,525.70 | SERVICES |
| | 07/12/2024 | $306,658.69 | SERVICES |
| | 07/23/2024 | $23,289.00 | SERVICES |
| | 08/01/2024 | $150,371.55 | SERVICES |
| | 08/05/2024 | $154,403.71 | SERVICES |
| | 08/08/2024 | $577,309.62 | SERVICES |
| | 08/08/2024 | $75,000.00 | SERVICES |
| | 08/08/2024 | $13,905.00 | SERVICES |
| **TOTAL FOR FOLEY AND MANSFIELD** | | **$2,147,365.32** | |
| FROST BROWN TODD LLC<br>P.O. BOX 5716<br>CINCINNATI, OH 45201 | 05/27/2024 | $10,123.85 | SERVICES |
| | 07/12/2024 | $7,225.85 | SERVICES |
| | 08/08/2024 | $7,401.19 | SERVICES |
| **TOTAL FOR FROST BROWN TODD LLC** | | **$24,750.89** | |
| GENPACT UK LIMITED<br>BUCKINGHAM GATE ADDRESS 4TH FLOOR, 66<br>LONDON, GREATER LONDON SW1E 6AU<br>UNITED KINGDOM | 06/14/2024 | $7,946.00 | SERVICES |
| | 07/15/2024 | $7,947.62 | SERVICES |
| | 07/26/2024 | $7,946.00 | SERVICES |
| | 08/05/2024 | $9,163.00 | SERVICES |
| **TOTAL FOR GENPACT UK LIMITED** | | **$33,002.62** | |

| Debtor | Avon Products, Inc. | | Case number (if known) | 24-11837 |
|--------|---------------------|--|------------------------|----------|

(Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| GIBBONS P C<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102 | 05/27/2024 | $9,754.65 | SERVICES |
| | 07/12/2024 | $13,923.43 | SERVICES |
| | 08/05/2024 | $6,696.90 | SERVICES |
| **TOTAL FOR GIBBONS P C** | | **$30,374.98** | |
| GIBSON MCASKILL AND CROSBY LLP<br>69 DELAWARE AVENUE<br>SUITE 900<br>BUFFALO, NY 14202 | 06/19/2024 | $101,773.42 | SERVICES |
| | 08/05/2024 | $70,234.08 | SERVICES |
| | 08/08/2024 | $87,520.46 | SERVICES |
| | 08/08/2024 | $17,013.46 | SERVICES |
| **TOTAL FOR GIBSON MCASKILL AND CROSBY LLP** | | **$276,541.42** | |
| GLASS LAW PLLC<br>3811 DITMARS BLVD<br>NO 916<br>ASTORIA, NY 11105 | 05/17/2024 | $40,299.90 | SERVICES |
| | 06/12/2024 | $32,000.00 | SERVICES |
| | 07/12/2024 | $32,000.00 | SERVICES |
| | 08/05/2024 | $32,000.00 | SERVICES |
| | 08/05/2024 | $32,000.00 | SERVICES |
| | 08/08/2024 | $64,000.00 | SERVICES |
| **TOTAL FOR GLASS LAW PLLC** | | **$232,299.90** | |
| GOLDFARB FLEECE<br>560 LEXINGTON AVENUE 6TH FLOOR<br>NEW YORK, NY 10022 | 05/27/2024 | $381.90 | SERVICES |
| | 07/17/2024 | $14,382.04 | SERVICES |
| | 07/17/2024 | $3,437.10 | SERVICES |
| | 07/23/2024 | $2,927.90 | SERVICES |
| **TOTAL FOR GOLDFARB FLEECE** | | **$21,128.94** | |
| GOOGLE INC<br>DEPT 34256<br>P.O. BOX 39000<br>SAN FRANCISCO, CA 94139 | 05/17/2024 | $13,348.52 | SERVICES |
| | 06/19/2024 | $4,684.33 | SERVICES |
| | 07/05/2024 | $6,802.61 | SERVICES |
| | 07/12/2024 | $4,364.51 | SERVICES |
| | 08/05/2024 | $4,322.97 | SERVICES |
| **TOTAL FOR GOOGLE INC** | | **$33,522.94** | |
| GREAT WEST TRUST COMPANY, LLC<br>C/O EMPOWER TRUST COMPANY, LLC<br>8515 E. ORCHARD ROAD<br>GREENWOOD VILLAGE, CO 80201 | 05/31/2024 | $29,572.32 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $27,630.44 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $26,996.08 | SUPPLIERS OR VENDORS |
| | 07/12/2024 | $24,187.33 | SUPPLIERS OR VENDORS |
| | 07/16/2024 | $25,474.72 | SUPPLIERS OR VENDORS |
| | 07/22/2024 | $23,588.97 | SUPPLIERS OR VENDORS |
| | 08/09/2024 | $23,588.44 | SUPPLIERS OR VENDORS |
| **TOTAL FOR GREAT WEST TRUST COMPANY, LLC** | | **$181,038.30** | |
| GUN PARTNERS MEHMET GUN<br>KORE SEHITLERI CAD 17<br>ZINCIRLIKU<br>ISTANBUL 34394<br>TURKEY | 06/14/2024 | $2,736.41 | SERVICES |
| | 07/08/2024 | $951.57 | SERVICES |
| | 07/19/2024 | $10,569.85 | SERVICES |
| | 08/05/2024 | $4,636.47 | SERVICES |
| **TOTAL FOR GUN PARTNERS MEHMET GUN** | | **$18,894.30** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| HAWS KM PA<br>EAST 7TH STREET<br>SUITE 3200<br>SAINT PAUL, MS  55101 | 06/19/2024 | $22,007.90 | SERVICES |
| | 07/12/2024 | $19,859.82 | SERVICES |
| | 08/05/2024 | $13,338.30 | SERVICES |
| | 08/08/2024 | $38,898.08 | SERVICES |
| | 08/08/2024 | $10,000.00 | SERVICES |
| **TOTAL FOR HAWS KM PA** | | **$104,104.10** | |
| HCL AMERICA INC<br>2600 GREAT AMERICA WAY<br>SANTA CLARA, CA  95054 | 05/13/2024 | $100,859.04 | SUPPLIERS OR VENDORS |
| | 07/12/2024 | $100,859.04 | SUPPLIERS OR VENDORS |
| | 08/05/2024 | $100,859.04 | SUPPLIERS OR VENDORS |
| **TOTAL FOR HCL AMERICA INC** | | **$302,577.12** | |
| HEALTHEQUITY<br>15 WEST SCENIC POINTE DR.<br>SUITE 100<br>DRAPER, UT  84020 | 05/31/2024 | $3,271.23 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $3,271.23 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $240.00 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $95.00 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $3,221.23 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $3,221.23 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $185.00 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $20.00 | SUPPLIERS OR VENDORS |
| | 07/08/2024 | $3,056.23 | SUPPLIERS OR VENDORS |
| | 07/09/2024 | $85.00 | SUPPLIERS OR VENDORS |
| | 07/19/2024 | $2,688.15 | SUPPLIERS OR VENDORS |
| | 07/22/2024 | $40.00 | SUPPLIERS OR VENDORS |
| | 08/05/2024 | $60.00 | SUPPLIERS OR VENDORS |
| | 08/06/2024 | $2,668.92 | SUPPLIERS OR VENDORS |
| **TOTAL FOR HEALTHEQUITY** | | **$22,123.22** | |
| HS IT CONSULTING COMPANY<br>34 HORTON ROAD<br>WASHINGTONVILLE, NY  10992 | 05/24/2024 | $8,990.52 | SERVICES |
| | 06/26/2024 | $8,990.52 | SERVICES |
| | 07/29/2024 | $8,718.08 | SERVICES |
| **TOTAL FOR HS IT CONSULTING COMPANY** | | **$26,699.12** | |
| INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>KANSAS CITY, MO  64999-0012 | 07/19/2024 | $1,378.88 | TAX PAYMENTS |
| | 07/22/2024 | $11,129.16 | TAX PAYMENTS |
| **TOTAL FOR INTERNAL REVENUE SERVICE** | | **$12,508.04** | |
| INTERNATIONAL BUSINESS MACHINES<br>NEW ORCHARD ROAD<br>ARMONK, NY  10504 | 05/15/2024 | $24,299.76 | SUPPLIERS OR VENDORS |
| | 06/21/2024 | $149,840.46 | SUPPLIERS OR VENDORS |
| | 07/01/2024 | $24,299.76 | SUPPLIERS OR VENDORS |
| | 07/08/2024 | $255,701.96 | SUPPLIERS OR VENDORS |
| | 07/09/2024 | $85,975.71 | SUPPLIERS OR VENDORS |
| | 07/25/2024 | $277,823.21 | SUPPLIERS OR VENDORS |
| | 07/29/2024 | $226,560.83 | SUPPLIERS OR VENDORS |
| | 08/01/2024 | $125,811.88 | SUPPLIERS OR VENDORS |
| | 08/08/2024 | $125,811.88 | SUPPLIERS OR VENDORS |
| **TOTAL FOR INTERNATIONAL BUSINESS MACHINES** | | **$1,296,125.45** | |

Debtor    Avon Products, Inc.                                    Case number (if known) 24-11837

(Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| INTERSTATE WASTE SERVICES OF N<br>300 FRANK W BURR BLVD<br>SUITE 39<br>TEANECK, NJ 07666 | 05/13/2024<br>06/19/2024 | $2,320.72<br>$7,401.34 | SUPPLIERS OR VENDORS<br>SUPPLIERS OR VENDORS |
| **TOTAL FOR INTERSTATE WASTE SERVICES OF N** | | **$9,722.06** | |
| IRON MOUNTAIN NEW YORK<br>P.O. BOX 27128<br>NEW YORK, NY 10087 | 06/21/2024<br>07/16/2024<br>08/09/2024 | $22,972.02<br>$11,590.72<br>$7,588.80 | SUPPLIERS OR VENDORS<br>SUPPLIERS OR VENDORS<br>SUPPLIERS OR VENDORS |
| **TOTAL FOR IRON MOUNTAIN NEW YORK** | | **$42,151.54** | |
| JO ANN BUCCI<br>ADDRESS ON FILE | 08/05/2024 | $16,000.00 | SERVICES |
| **TOTAL FOR JO ANN BUCCI** | | **$16,000.00** | |
| JOHNSON CONTROLS INC<br>P.O. BOX 7<br>DALLAS, TX 75373 | 05/23/2024 | $29,660.91 | SERVICES |
| **TOTAL FOR JOHNSON CONTROLS INC** | | **$29,660.91** | |
| JONESPASSODELIS PLLC<br>707 GRANT STREET<br>SUITE 3410<br>PITTSBURGH, PA 15219 | 06/19/2024<br>07/05/2024<br>07/12/2024<br>08/05/2024<br>08/08/2024 | $35,392.30<br>$30,732.91<br>$28,485.53<br>$52,299.60<br>$21,190.00 | SERVICES<br>SERVICES<br>SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR JONESPASSODELIS PLLC** | | **$168,100.34** | |
| KAZAN, MCCLAIN, SATTERLEY AND GREEN<br>55 HARRISON STREET<br>SUITE 400<br>OAKLAND, CA 94607 | 06/17/2024 | $20,000,000.00 | LEGAL SETTLEMENTS |
| **TOTAL FOR KAZAN, MCCLAIN, SATTERLEY AND GREEN** | | **$20,000,000.00** | |
| KCIC LLC<br>1401 I STREET NW<br>SUITE 1200<br>COLOMBIA, DC 20005 | 07/12/2024<br>07/18/2024<br>08/05/2024<br>08/08/2024 | $15,500.00<br>$75,000.00<br>$15,500.00<br>$31,000.00 | SERVICES<br>SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR KCIC LLC** | | **$137,000.00** | |
| KEKST AND COMPANY INCORPORATED<br>1675 BROADWAY<br>30TH FLOOR<br>NEW YORK, NY 10019 | 08/01/2024<br>08/05/2024 | $200,000.00<br>$300,000.00 | SERVICES<br>SERVICES |
| **TOTAL FOR KEKST AND COMPANY INCORPORATED** | | **$500,000.00** | |
| KELLEY JASONS MCGOWAN SPINELLI<br>120 WALL STREET 21ST FLOOR<br>NEW YORK, NY 10005 | 07/08/2024<br>07/23/2024<br>08/08/2024 | $164.98<br>$1,805.50<br>$37,710.00 | SERVICES<br>SERVICES<br>SERVICES |
| **TOTAL FOR KELLEY JASONS MCGOWAN SPINELLI** | | **$39,680.48** | |

Debtor   Avon Products, Inc.                                                    Case number (if known) 24-11837
         (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| LANDMAN CORSI BALLAINE & FORD<br>ONE GATEWAY CENTER<br>NEWARK, NJ  07102 | 06/10/2024 | $3,340.00 | SERVICES |
| | 06/19/2024 | $12,200.00 | SERVICES |
| | 06/21/2024 | $300,000.00 | SERVICES |
| | 07/12/2024 | $6,536.50 | SERVICES |
| | 08/09/2024 | $300,000.00 | SERVICES |
| **TOTAL FOR LANDMAN CORSI BALLAINE & FORD** | | **$622,076.50** | |
| LANSMONT CORPORATION<br>RYAN RANCH RESEARCH PARK<br>17 MANDEVI<br>MONTEREY, CA  93940 | 06/19/2024 | $28,644.50 | SERVICES |
| **TOTAL FOR LANSMONT CORPORATION** | | **$28,644.50** | |
| LEAD CYBER SOLUTIONS<br>251 TOWNLINE ROAD<br>PEARL RIVER, NY  10965 | 05/17/2024 | $21,348.26 | SERVICES |
| | 06/11/2024 | $52.00 | SERVICES |
| **TOTAL FOR LEAD CYBER SOLUTIONS** | | **$21,400.26** | |
| LEE AND LI ATTORNEYS  AT LAW<br>7TH FL 201 TUN HUA N. RD<br>TAIPEI 105<br>TAIPEI  10508<br>TAIWAN | 06/14/2024 | $25,669.00 | SERVICES |
| | 08/05/2024 | $1,900.00 | SERVICES |
| **TOTAL FOR LEE AND LI ATTORNEYS  AT LAW** | | **$27,569.00** | |
| LEE HECHT HARRISON LLC<br>283 CRANES ROOST BLVD<br>MAITLAND, FL  32701 | 06/14/2024 | $14,175.00 | SERVICES |
| | 06/14/2024 | $5,175.00 | SERVICES |
| | 07/12/2024 | $6,350.00 | SERVICES |
| **TOTAL FOR LEE HECHT HARRISON LLC** | | **$25,700.00** | |
| LEVI RAY AND SHOUP INC<br>2401 W MONROE STREET<br>SPRINGFIELD, IL  62704 | 07/25/2024 | $13,490.41 | SERVICES |
| **TOTAL FOR LEVI RAY AND SHOUP INC** | | **$13,490.41** | |
| LINCOLN FINANCIAL GROUP<br>150 NORTH RADNOR CHESTER ROAD<br>RADNOR, PA  19807 | 05/31/2024 | $4,292.05 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $250.00 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $4,292.05 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $250.00 | SUPPLIERS OR VENDORS |
| | 07/02/2024 | $4,292.05 | SUPPLIERS OR VENDORS |
| | 07/05/2024 | $250.00 | SUPPLIERS OR VENDORS |
| | 08/02/2024 | $4,292.05 | SUPPLIERS OR VENDORS |
| | 08/05/2024 | $250.00 | SUPPLIERS OR VENDORS |
| **TOTAL FOR LINCOLN FINANCIAL GROUP** | | **$18,168.20** | |
| LIND JENSEN SULLIVAN PETERSON<br>901 MARQUETTE AVENUE SOUTH<br>SUITE 1300<br>MINNEAPOLIS, MS  55402 | 05/27/2024 | $4,159.46 | SERVICES |
| | 07/12/2024 | $5,867.50 | SERVICES |
| | 08/05/2024 | $3,847.50 | SERVICES |
| **TOTAL FOR LIND JENSEN SULLIVAN PETERSON** | | **$13,874.46** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| LISA GALLO ADDRESS ON FILE | 07/05/2024 | $12,803.36 | SERVICES |
| | 07/15/2024 | $8,175.00 | SERVICES |
| | 07/15/2024 | $7,500.00 | SERVICES |
| | 07/25/2024 | $7,046.38 | SERVICES |
| | 08/05/2024 | $14,897.97 | SERVICES |
| **TOTAL FOR LISA GALLO** | | **$50,422.71** | |
| MARSH USA INC 1166 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 06/14/2024 | $5,920.75 | SERVICES |
| | 08/09/2024 | $111,595.00 | SERVICES |
| **TOTAL FOR MARSH USA INC** | | **$117,515.75** | |
| MATTOS FILHO VEIGA FILHO MAR AV. BRIGADEIRO FARIA LIMA 4100 6 ANDAR SAO PAULO BRAZIL | 05/15/2024 | $24,132.20 | SERVICES |
| **TOTAL FOR MATTOS FILHO VEIGA FILHO MAR** | | **$24,132.20** | |
| MAUNE RAICHLE HARTLEY FRENCH A 1015 LOCUST STREET SUITE 1200 ST LOUIS, MO 63101 | 07/19/2024 | $1,400,000.00 | SERVICES |
| **TOTAL FOR MAUNE RAICHLE HARTLEY FRENCH A** | | **$1,400,000.00** | |
| MCAFEE AND TAFT 2 W 2ND ST SUITE 1100 TULSA, OK 74103 | 05/27/2024 | $11,319.00 | SERVICES |
| | 07/11/2024 | $3,236.99 | SERVICES |
| | 07/23/2024 | $461.50 | SERVICES |
| | 08/09/2024 | $4,626.50 | SERVICES |
| **TOTAL FOR MCAFEE AND TAFT** | | **$19,643.99** | |
| MCGRIFF INSURANCE SERVICES 3605 GLENWOOD AVE STE 201 RALEIGH, NC 27612 | 08/09/2024 | $995,000.00 | SERVICES |
| **TOTAL FOR MCGRIFF INSURANCE SERVICES** | | **$995,000.00** | |
| MCMANUS AND MCMANUS LLP 14 OAKLAND AVENUE WARWICK, NY 10990 | 08/09/2024 | $69,997.00 | SERVICES |
| **TOTAL FOR MCMANUS AND MCMANUS LLP** | | **$69,997.00** | |
| MINNESOTA DEPARTMENT OF REVENUE 600 N ROBERT ST ST. PAUL, MN 55146 | 07/12/2024 | $65,956.72 | TAX PAYMENTS |
| **TOTAL FOR MINNESOTA DEPARTMENT OF REVENUE** | | **$65,956.72** | |
| MORGAN LEWIS BOCKIUS LLP 1701 MARKET STREET PHILADELPHIA, PA 19103 | 05/27/2024 | $14,588.50 | SERVICES |
| **TOTAL FOR MORGAN LEWIS BOCKIUS LLP** | | **$14,588.50** | |

Debtor    Avon Products, Inc.
(Name)                                                          Case number (if known) 24-11837

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| ORRICK HERRINGTON AND SUTCLIFF<br>2121 MAIN STREET<br>WHEELING, WV 26003 | 05/14/2024 | $1,528,456.46 | SERVICES |
| | 05/14/2024 | $76,261.31 | SERVICES |
| | 06/19/2024 | $9,686.27 | SERVICES |
| | 07/05/2024 | $286,470.85 | SERVICES |
| | 07/12/2024 | $126,834.23 | SERVICES |
| | 07/30/2024 | $258,027.90 | SERVICES |
| | 08/05/2024 | $96,576.93 | SERVICES |
| | 08/08/2024 | $1,420,000.00 | SERVICES |
| | 08/08/2024 | $200,000.00 | SERVICES |
| | 08/08/2024 | $150,000.00 | SERVICES |
| **TOTAL FOR ORRICK HERRINGTON AND SUTCLIFF** | | **$4,152,313.95** | |
| PCCW GLOBAL INC<br>450 SPRING PARK PLACE<br>SUITE 100<br>HERNDON, VA 20170 | 06/14/2024 | $13,526.72 | SERVICES |
| | 07/01/2024 | $13,526.72 | SERVICES |
| | 08/01/2024 | $13,526.72 | SERVICES |
| **TOTAL FOR PCCW GLOBAL INC** | | **$40,580.16** | |
| PEARL RIVER CAMPUS LLC<br>401 401 N MIDDLETOWN ROAD<br>PEARL RIVER, NY 10965 | 05/13/2024 | $150.00 | SERVICES |
| | 05/20/2024 | $7,044.38 | SERVICES |
| | 06/11/2024 | $20,382.40 | SERVICES |
| | 07/01/2024 | $6,080.38 | SERVICES |
| | 07/05/2024 | $15,670.38 | SERVICES |
| | 08/01/2024 | $5,922.53 | SERVICES |
| | 08/05/2024 | $15,869.09 | SERVICES |
| | 08/09/2024 | $5,705.69 | SERVICES |
| **TOTAL FOR PEARL RIVER CAMPUS LLC** | | **$76,824.85** | |
| PLANSOURCE BENEFITS ADMINISTRA<br>101 S GARLAND AVE<br>SUITE 203<br>ORLANDO, FL 32801 | 06/12/2024 | $51,761.27 | SERVICES |
| | 06/12/2024 | $23,375.96 | SERVICES |
| | 06/19/2024 | $14,225.92 | SERVICES |
| | 07/12/2024 | $14,225.92 | SERVICES |
| | 07/15/2024 | $20,727.16 | SERVICES |
| **TOTAL FOR PLANSOURCE BENEFITS ADMINISTRA** | | **$124,316.23** | |
| POLSINELLI LLP<br>2049 CENTURY PARK EAST<br>SUITE 2900<br>OVERLAND PARK, CA 90067 | 06/04/2024 | $1,550,000.00 | SERVICES |
| | 06/14/2024 | $609,030.13 | SERVICES |
| | 07/30/2024 | $18,000.00 | SERVICES |
| | 08/05/2024 | $133,474.00 | SERVICES |
| | 08/08/2024 | $259,501.00 | SERVICES |
| **TOTAL FOR POLSINELLI LLP** | | **$2,570,005.13** | |
| PRINCETON CONSUMER RESEARCH IN<br>PRINCETON FORRESTAL CENTER 307<br>COLLEGE ROAD EAST<br>PRINCETON, NJ 08540 | 06/19/2024 | $14,500.00 | SERVICES |
| | 07/05/2024 | $3,200.00 | SERVICES |
| | 07/12/2024 | $5,900.00 | SERVICES |
| | 08/05/2024 | $500.00 | SERVICES |
| **TOTAL FOR PRINCETON CONSUMER RESEARCH IN** | | **$24,100.00** | |

Debtor    Avon Products, Inc.

(Name)

Case number (if known)    24-11837

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK, NY  10036 | 07/12/2024 | $991.35 | SERVICES |
| | 08/08/2024 | $7,774.90 | SERVICES |
| **TOTAL FOR PRYOR CASHMAN LLP** | | **$8,766.25** | |
| REALIANCE CLINICALTESTING SERV 3207 ESTERS ROAD DALLAS, TX  75062 | 06/14/2024 | $31,440.00 | SERVICES |
| **TOTAL FOR REALIANCE CLINICALTESTING SERV** | | **$31,440.00** | |
| REGENERON PHARMACEUTICALS, INC 777 OLD SAW MILL RIVER ROAD TARRYTOWN, NY  10591 | 06/30/2024 | $55,077.91 | SERVICES |
| **TOTAL FOR REGENERON PHARMACEUTICALS, INC** | | **$55,077.91** | |
| REILLY MCDEVITT AND HENRICH P 3 EXECUTIVE CAMPUS SUITE 310 CHERRY HILL, NJ  08002 | 06/19/2024 | $224,881.42 | SERVICES |
| | 07/12/2024 | $102,691.34 | SERVICES |
| | 08/05/2024 | $7,017.22 | SERVICES |
| | 08/08/2024 | $144,186.26 | SERVICES |
| **TOTAL FOR REILLY MCDEVITT AND HENRICH P** | | **$478,776.24** | |
| RESTORATION PLAN TRUST | 05/31/2024 | $5,691.04 | OTHER |
| | 05/31/2024 | $1,669.14 | OTHER |
| | 06/30/2024 | $110,851.84 | BENEFIT PLAN PAYMENTS |
| | 06/30/2024 | $8,576.22 | BENEFIT PLAN PAYMENTS |
| **TOTAL FOR RESTORATION PLAN TRUST** | | **$126,788.24** | |
| RICHARDSON PLOWDEN AND ROBINSON 1900 BARNWELL ST COLUMBIA, SC  29201 | 05/17/2024 | $24,093.48 | SERVICES |
| | 07/05/2024 | $34,123.75 | SERVICES |
| | 07/12/2024 | $21,705.46 | SERVICES |
| | 08/05/2024 | $10,144.62 | SERVICES |
| | 08/08/2024 | $14,835.54 | SERVICES |
| **TOTAL FOR RICHARDSON PLOWDEN AND ROBINSON** | | **$104,902.85** | |
| ROCKET SOFTWARE INC 77 4TH AVE WALTHAM, MA  02451 | 05/24/2024 | $43,677.33 | SERVICES |
| | 07/30/2024 | $35,432.46 | SERVICES |
| **TOTAL FOR ROCKET SOFTWARE INC** | | **$79,109.79** | |
| RULE LIMITED 59 CARLISLE MANSIONS CARLISLE P LONDON, GREATER LONDON  SW1P 1HY UNITED KINGDOM | 05/15/2024 | $2,975.10 | SERVICES |
| | 06/07/2024 | $4,243.15 | SERVICES |
| | 06/25/2024 | $4,684.00 | SERVICES |
| | 07/31/2024 | $2,189.55 | SERVICES |
| **TOTAL FOR RULE LIMITED** | | **$14,091.80** | |
| RYAN LLC 13155 NOEL ROAD SUITE 100 DALLAS, TX  75240 | 06/19/2024 | $62.50 | SERVICES |
| | 07/05/2024 | $1,125.00 | SERVICES |
| | 07/12/2024 | $1,593.75 | SERVICES |
| | 08/05/2024 | $116,874.05 | SERVICES |
| **TOTAL FOR RYAN LLC** | | **$119,655.30** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| SANDREAM IMPACT LLC<br>373 RT 46W BUILDING E<br>FAIRFIELD, NJ 07004 | 06/14/2024 | $7,882.90 | SERVICES |
| **TOTAL FOR SANDREAM IMPACT LLC** | | **$7,882.90** | |
| SERENA SOFTWARE INC<br>2440 SAND HILL ROAD<br>SUITE 302<br>MENLO PARK, CA 94025 | 05/17/2024 | $215,162.28 | SERVICES |
| **TOTAL FOR SERENA SOFTWARE INC** | | **$215,162.28** | |
| SERVICE EXPRESS INC<br>3854 BROADMOOR AVE SE<br>GRAND RAPIDS, MI 49512 | 06/14/2024 | $116,846.12 | SUPPLIERS OR VENDORS |
|  | 07/08/2024 | $58,423.06 | SUPPLIERS OR VENDORS |
|  | 08/05/2024 | $58,423.06 | SUPPLIERS OR VENDORS |
|  | 08/08/2024 | $62,798.09 | SUPPLIERS OR VENDORS |
|  | 08/09/2024 | $58,423.06 | SUPPLIERS OR VENDORS |
| **TOTAL FOR SERVICE EXPRESS INC** | | **$354,913.39** | |
| SHI INTERNATIONAL CORP<br>290 DAVIDSON AVENUE<br>SOMERSET, NJ 08873 | 05/17/2024 | $30.35 | SUPPLIERS OR VENDORS |
|  | 05/20/2024 | $235.17 | SUPPLIERS OR VENDORS |
|  | 06/14/2024 | $1,072.91 | SUPPLIERS OR VENDORS |
|  | 07/01/2024 | $117,912.00 | SUPPLIERS OR VENDORS |
| **TOTAL FOR SHI INTERNATIONAL CORP** | | **$119,250.43** | |
| SHOOK HARDY AND BACON LLP<br>2555 GRAND BLVD<br>KANSAS CITY, MO 64108 | 08/08/2024 | $347,894.10 | SERVICES |
| **TOTAL FOR SHOOK HARDY AND BACON LLP** | | **$347,894.10** | |
| SIMS RECYCLING SOLUTIONS<br>1600 HARVESTER ROAD<br>WEST CHICAGO, IL 60185 | 06/21/2024 | $7,924.14 | SUPPLIERS OR VENDORS |
| **TOTAL FOR SIMS RECYCLING SOLUTIONS** | | **$7,924.14** | |
| SODEXO INC AND AFFILIATES<br>1 AVON PLACE<br>SUFFERN, NY 10901 | 05/17/2024 | $16,172.33 | SERVICES |
|  | 06/14/2024 | $33,675.76 | SERVICES |
|  | 06/14/2024 | $8,020.52 | SERVICES |
| **TOTAL FOR SODEXO INC AND AFFILIATES** | | **$57,868.61** | |
| SOFTWARE ENGINEERING OF AMERIC<br>1325 FRANKLIN AVENUE<br>SUITE 545<br>GARDEN CITY, NY 11530 | 07/25/2024 | $33,364.00 | SUPPLIERS OR VENDORS |
| **TOTAL FOR SOFTWARE ENGINEERING OF AMERIC** | | **$33,364.00** | |
| SOLOMON CRAMER LLP<br>1441 BROADWAY<br>SUITE 6026<br>NEW YORK, NY 10018 | 06/19/2024 | $4,728.00 | SERVICES |
|  | 07/05/2024 | $41,345.63 | SERVICES |
|  | 07/12/2024 | $8,939.25 | SERVICES |
|  | 08/05/2024 | $52,286.38 | SERVICES |
|  | 08/08/2024 | $22,353.63 | SERVICES |
| **TOTAL FOR SOLOMON CRAMER LLP** | | **$129,652.89** | |

Debtor     Avon Products, Inc.                                    Case number (if known)   24-11837
           (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| TELEFONICA GLOBAL SOLUTIONS US<br>800 WATERFORD WAY<br>SUITE 300<br>MIAMI, FL  33126 | 06/14/2024 | $5,388.00 | SERVICES |
| | 07/08/2024 | $5,388.00 | SERVICES |
| | 08/09/2024 | $10,776.00 | SERVICES |
| **TOTAL FOR TELEFONICA GLOBAL SOLUTIONS US** | | **$21,552.00** | |
| THE GORI LAW FIRM<br>156 NORTH MAIN ST<br>EDWARDSVILLE, IL  62025 | 05/13/2024 | $442,500.00 | SERVICES |
| | 06/24/2024 | $797,500.00 | SERVICES |
| **TOTAL FOR THE GORI LAW FIRM** | | **$1,240,000.00** | |
| THE NORTHERN TRUST COMPANY<br>50 SOUTH LASALLE STREET<br>CHICAGO, IL  60603 | 05/16/2024 | $70,198.48 | SERVICES |
| | 08/09/2024 | $150,444.59 | SUPPLIERS OR VENDORS |
| **TOTAL FOR THE NORTHERN TRUST COMPANY** | | **$220,643.07** | |
| THE TAB GROUP<br>248 BRIGHTON ROAD<br>P.O. BOX 710<br>ANDOVER, NJ  07821 | 05/17/2024 | $14,829.67 | SERVICES |
| | 06/14/2024 | $4,842.95 | SERVICES |
| | 07/01/2024 | $2,264.25 | SERVICES |
| **TOTAL FOR THE TAB GROUP** | | **$21,936.87** | |
| THOMSON REUTERS TAX & ACCOUNTING<br>2395 MIDWAY ROAD<br>CARROLLTON, TX  75006 | 06/19/2024 | $84,553.76 | SUPPLIERS OR VENDORS |
| | 08/05/2024 | $6,955.99 | SUPPLIERS OR VENDORS |
| | 08/08/2024 | $31,571.40 | SUPPLIERS OR VENDORS |
| | 08/08/2024 | $14,541.44 | SUPPLIERS OR VENDORS |
| | 08/09/2024 | $17,547.88 | SUPPLIERS OR VENDORS |
| **TOTAL FOR THOMSON REUTERS TAX & ACCOUNTING** | | **$155,170.47** | |
| THOMSON WEST<br>P.O. BOX 6292<br>WEST PAYMENT CENTER<br>CAROL STREAM, IL  60197 | 05/20/2024 | $14,082.26 | SERVICES |
| | 06/10/2024 | $30,919.42 | SERVICES |
| | 07/22/2024 | $15,459.71 | SERVICES |
| **TOTAL FOR THOMSON WEST** | | **$60,461.39** | |
| TOXMINDS<br>AVENUE DE BROQUEVILLE 116<br>BRUSSELS, BRUXELLES  1200<br>BELGIUM | 06/14/2024 | $21,694.33 | SERVICES |
| **TOTAL FOR TOXMINDS** | | **$21,694.33** | |
| TRAVELERS<br>1 TOWER SQUARE<br>HARTFORD, CT  06183 | 07/05/2024 | $21,350.25 | SUPPLIERS OR VENDORS |
| **TOTAL FOR TRAVELERS** | | **$21,350.25** | |
| UNICOM SYSTEMS INC<br>15535 SAN FERNANDO MISSION BLVD<br>SUITE 310<br>MISSION HILLS, CA  91345 | 06/14/2024 | $97,862.00 | SERVICES |
| **TOTAL FOR UNICOM SYSTEMS INC** | | **$97,862.00** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| UNITED HEALTH CARE<br>22703 NETWORK PLACE<br>CHICAGO, IL 60673 | 05/17/2024 | $573.84 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $29,051.05 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $19,065.08 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $5,574.15 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $3,454.44 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $3,039.83 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $2,126.04 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $2,050.95 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $1,631.20 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $1,603.68 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $1,499.46 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $1,459.47 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $1,352.19 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $1,041.04 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $1,024.70 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $1,016.58 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $1,006.45 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $740.20 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $656.82 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $651.08 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $627.93 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $198.10 | SUPPLIERS OR VENDORS |
| | 06/24/2024 | $1,346.85 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $71,329.27 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $35,825.72 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $34,339.37 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $6,838.84 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $2,810.13 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $2,242.03 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $1,922.80 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $1,777.21 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $1,372.26 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $1,361.66 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $1,361.30 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $1,347.87 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $1,044.47 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $876.21 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $802.86 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $252.04 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $217.65 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $66.97 | SUPPLIERS OR VENDORS |
| | 07/01/2024 | $2,612.37 | SUPPLIERS OR VENDORS |
| | 07/02/2024 | $1,171.62 | SUPPLIERS OR VENDORS |
| | 07/03/2024 | $14,478.20 | SUPPLIERS OR VENDORS |
| | 07/05/2024 | $2,302.89 | SUPPLIERS OR VENDORS |
| | 07/10/2024 | $11,562.53 | SUPPLIERS OR VENDORS |
| | 07/12/2024 | $360.28 | SUPPLIERS OR VENDORS |
| | 07/15/2024 | $659.56 | SUPPLIERS OR VENDORS |
| | 07/16/2024 | $753.77 | SUPPLIERS OR VENDORS |
| | 07/17/2024 | $15,820.80 | SUPPLIERS OR VENDORS |
| | 07/18/2024 | $1,652.28 | SUPPLIERS OR VENDORS |
| | 07/19/2024 | $343.82 | SUPPLIERS OR VENDORS |
| | 07/22/2024 | $3,856.84 | SUPPLIERS OR VENDORS |

Debtor    Avon Products, Inc.                                          Case number (if known)    24-11837
(Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| | 07/23/2024 | $18,257.43 | SUPPLIERS OR VENDORS |
| | 07/24/2024 | $1,159.84 | SUPPLIERS OR VENDORS |
| | 07/25/2024 | $2,532.17 | SUPPLIERS OR VENDORS |
| | 07/26/2024 | $864.72 | SUPPLIERS OR VENDORS |
| | 07/29/2024 | $3,129.83 | SUPPLIERS OR VENDORS |
| | 07/30/2024 | $3,674.08 | SUPPLIERS OR VENDORS |
| | 07/31/2024 | $331.51 | SUPPLIERS OR VENDORS |
| | 08/01/2024 | $1,877.93 | SUPPLIERS OR VENDORS |
| | 08/02/2024 | $179.73 | SUPPLIERS OR VENDORS |
| | 08/06/2024 | $14,637.67 | SUPPLIERS OR VENDORS |
| | 08/07/2024 | $1,484.87 | SUPPLIERS OR VENDORS |
| | 08/08/2024 | $29,866.63 | SUPPLIERS OR VENDORS |
| | 08/09/2024 | $3,823.15 | SUPPLIERS OR VENDORS |
| **TOTAL FOR UNITED HEALTH CARE** | | **$383,974.31** | |
| VEOLIA ES TECHNICAL SOLUTIONS RD 189 KM 3 3 TURABO IND PK BLDG 5A GURABO  00778 PUERTO RICO | 05/17/2024 | $36,926.44 | SERVICES |
| | 05/20/2024 | $1,013.08 | SERVICES |
| | 05/24/2024 | $8,737.23 | SERVICES |
| | 06/14/2024 | $99,655.36 | SERVICES |
| | 06/24/2024 | $139,815.15 | SERVICES |
| | 07/01/2024 | $12,643.13 | SERVICES |
| | 07/15/2024 | $30,707.81 | SERVICES |
| | 07/23/2024 | $3,393.50 | SERVICES |
| | 07/29/2024 | $10,753.82 | SERVICES |
| **TOTAL FOR VEOLIA ES TECHNICAL SOLUTIONS** | | **$343,645.52** | |
| VITAL RECORDS INC P.O. BOX 688 FLAGTOWN, NJ  08821 | 07/15/2024 | $7,457.86 | SUPPLIERS OR VENDORS |
| | 07/16/2024 | $16,629.72 | SUPPLIERS OR VENDORS |
| | 07/25/2024 | $13,201.72 | SUPPLIERS OR VENDORS |
| | 07/29/2024 | $6,600.86 | SUPPLIERS OR VENDORS |
| **TOTAL FOR VITAL RECORDS INC** | | **$43,890.16** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| WAGEWORKS<br>1100 PARK PLACE 4TH FLOOR<br>SAN MATEO, CA 94403 | 05/31/2024 | $3,976.87 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $1,946.51 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $837.49 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $624.76 | SUPPLIERS OR VENDORS |
| | 05/31/2024 | $373.65 | SUPPLIERS OR VENDORS |
| | 06/19/2024 | $505.85 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $2,065.87 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $1,263.25 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $1,154.62 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $800.00 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $740.79 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $371.40 | SUPPLIERS OR VENDORS |
| | 06/30/2024 | $9.00 | SUPPLIERS OR VENDORS |
| | 07/02/2024 | $768.32 | SUPPLIERS OR VENDORS |
| | 07/05/2024 | $200.00 | SUPPLIERS OR VENDORS |
| | 07/09/2024 | $845.35 | SUPPLIERS OR VENDORS |
| | 07/12/2024 | $382.65 | SUPPLIERS OR VENDORS |
| | 07/16/2024 | $121.66 | SUPPLIERS OR VENDORS |
| | 07/23/2024 | $752.85 | SUPPLIERS OR VENDORS |
| | 07/30/2024 | $352.07 | SUPPLIERS OR VENDORS |
| | 08/05/2024 | $380.40 | SUPPLIERS OR VENDORS |
| | 08/06/2024 | $1,742.99 | SUPPLIERS OR VENDORS |
| **TOTAL FOR WAGEWORKS** | | **$20,216.35** | |
| WATERS TECHNOLOGIES CORPORATIO<br>34 MAPLE ST<br>MILFORD, MA 01757 | 07/10/2024 | $12,274.35 | SERVICES |
| **TOTAL FOR WATERS TECHNOLOGIES CORPORATIO** | | **$12,274.35** | |
| WEICHERT RELOCATION RESOURCES<br>1625 STATE ROUTE 10.<br>MORRIS PLAINS, NJ 07950 | 05/14/2024 | $29,561.90 | SERVICES |
| | 06/19/2024 | $14,077.01 | SERVICES |
| | 07/12/2024 | $60,634.14 | SERVICES |
| | 08/05/2024 | $18,303.79 | SERVICES |
| **TOTAL FOR WEICHERT RELOCATION RESOURCES** | | **$122,576.84** | |
| WILLCOX AND SAVAGE P C<br>440 MONTICELLO AVE<br>NORFOLK, VA 23510 | 06/10/2024 | $543,320.56 | SERVICES |
| | 07/12/2024 | $690,891.28 | SERVICES |
| | 07/18/2024 | $500.00 | SERVICES |
| | 07/23/2024 | $339,771.98 | SERVICES |
| | 07/23/2024 | $200,000.00 | SERVICES |
| | 08/08/2024 | $797,469.44 | SERVICES |
| **TOTAL FOR WILLCOX AND SAVAGE P C** | | **$2,571,953.26** | |
| WILLIAMS KASTNER AND GIBBS PLL<br>601 UNION STREET<br>SUITE 4100<br>SEATTLE, WA 98101 | 06/19/2024 | $8,518.47 | SERVICES |
| | 07/05/2024 | $64,035.43 | SERVICES |
| | 08/05/2024 | $91,799.91 | SERVICES |
| | 08/08/2024 | $29,796.33 | SERVICES |
| **TOTAL FOR WILLIAMS KASTNER AND GIBBS PLL** | | **$194,150.14** | |

| Debtor | Avon Products, Inc. | | | Case number (if known) | 24-11837 |

Debtor / (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| WILLIS OF NEW YORK INC<br>ONE BROOKFIELD PLACE<br>200 LIBERT<br>NEW YORK, NY  10281 | 06/21/2024 | $25,000.00 | SERVICES |
| **TOTAL FOR WILLIS OF NEW YORK INC** | | **$25,000.00** | |
| WILLIS TOWERS WATSON US LLC<br>WATSON HOUSE<br>LONDON ROA<br>REIGATE, SURREY (UK)  RG2 9PQ<br>UNITED KINGDOM | 06/30/2024 | $50,000.00 | SERVICES |
| **TOTAL FOR WILLIS TOWERS WATSON US LLC** | | **$50,000.00** | |
| WOLTERS KLUWER TAX AND ACCOUNT<br>25 CANADA SQUARE<br>41ST FLOOR<br>LONDON, GREATER LONDON  E14 5LQ<br>UNITED KINGDOM | 07/19/2024 | $34,200.10 | SERVICES |
| **TOTAL FOR WOLTERS KLUWER TAX AND ACCOUNT** | | **$34,200.10** | |
| WORLDLINK REMITS | 07/18/2024 | $115,000.00 | SERVICES |
| | 08/05/2024 | $9,522.88 | SERVICES |
| **TOTAL FOR WORLDLINK REMITS** | | **$124,522.88** | |
| YELLOW BRAND PROTECTION INC<br>6060 N CENTRAL EXPRESSWAY<br>SUITE 344<br>DALLAS, TX  76206 | 06/19/2024 | $15,427.83 | SUPPLIERS OR VENDORS |
| | 07/12/2024 | $5,142.61 | SUPPLIERS OR VENDORS |
| | 08/05/2024 | $30,522.61 | SUPPLIERS OR VENDORS |
| | 08/09/2024 | $5,142.61 | SUPPLIERS OR VENDORS |
| **TOTAL FOR YELLOW BRAND PROTECTION INC** | | **$56,235.66** | |
| ZURKO RESEARCH S L<br>AVENIDA OSA MAYOR, 4<br>MADRID  28023<br>SPAIN | 06/20/2024 | $3,715.15 | SERVICES |
| | 06/27/2024 | $7,701.49 | SERVICES |
| | 07/08/2024 | $1,607.37 | SERVICES |
| | 08/05/2024 | $4,053.62 | SERVICES |
| **TOTAL FOR ZURKO RESEARCH S L** | | **$17,077.63** | |
| | **GRAND TOTAL:** | **$55,439,165.38** | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates ; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| AIO US, INC.<br>4 INTERNATIONAL DRIVE<br>SUITE 110<br>RYE BROOK, NY  10573 | 08/31/2023 | $42,627.87 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $19,177.45 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| **Relationship to Debtor**<br>DEBTOR AFFILIATE | 08/31/2023 | $1,521.57 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $237.60 | NORMAL COURSE INTERCOMPANY TRANSFERS |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | 08/31/2023 | $5,588.25 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $13,441.82 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $174.36 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $8,021.15 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $1,190.69 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $380,936.44 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $1,409,429.54 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $688,402.42 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $32,282,030.71 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $206,068.70 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $202,979.05 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $58.22 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/31/2023 | $202,109.33 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $35,772.63 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $94,071.15 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $5,915.22 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $4,516.19 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $87,597.08 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $3,537.04 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $5,390,549.66 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $98,581.99 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $31,408.14 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $312,087.87 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $341,797.66 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $591,733.11 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $92,070.75 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 09/30/2023 | $656,440.64 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 10/31/2023 | $441.00 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 10/31/2023 | $22,901.60 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 10/31/2023 | $2,116.38 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 10/31/2023 | $4,198.50 | NORMAL COURSE INTERCOMPANY TRANSFERS |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | 10/31/2023 | $17,037.96 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 10/31/2023 | $478.52 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 10/31/2023 | $105,796.43 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 10/31/2023 | $9,086.07 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 10/31/2023 | $10,983.46 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 10/31/2023 | $13,212,917.92 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 10/31/2023 | $119,007.12 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 10/31/2023 | $101,249.14 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 10/31/2023 | $179,368.36 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 10/31/2023 | $204,639.89 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $59,813.68 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $26,258.16 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $13,209.79 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $17,037.96 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $8,624.78 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $20,164.22 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $9,921,907.29 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $181,637.50 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $1,110.03 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $101,521.19 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $89,672.92 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $94,646.51 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $96,357.66 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $620,388.01 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 11/30/2023 | $5,706,930.40 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $59,317.48 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $25,342.70 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $7,344.00 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $9,856,157.15 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $17,643.88 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $21,489.14 | NORMAL COURSE INTERCOMPANY TRANSFERS |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | 12/31/2023 | $2,104.43 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $600.43 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $606,213.99 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $43,724.53 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $192,817.34 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $193,388.52 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $37,566,449.04 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $2,358.55 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $48,684.86 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 12/31/2023 | $110,189.66 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $936,403.67 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $71,674.53 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $30,596.40 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $10,886.68 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $94,803.67 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $45,975.80 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $8,125.55 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $1,095,644.86 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $128,343.82 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $96,195.31 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $84,403.77 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $53,543.79 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $21,254.96 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $9,672.37 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 01/31/2024 | $6,986.70 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $70,566.90 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $25,739.30 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $3,300.55 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $10,706.36 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $12,728.00 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $1,828.43 | NORMAL COURSE INTERCOMPANY TRANSFERS |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | 02/29/2024 | $7,230.57 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $862.00 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $763,528.99 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $301,130.57 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $3,742.64 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $631,605.25 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $105,476.73 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $114,594.39 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 02/29/2024 | $68,840.50 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $4,213.47 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $8,474.00 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $10,544.28 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $11,045.75 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $15,250.09 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $83,993.00 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $6,282.11 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $9,310.41 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $15,825.99 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $128,298.69 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $702,253.20 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $54,210.77 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $109,585.21 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $112,682.10 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $117,036.45 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $247,179.95 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 03/31/2024 | $634,614.19 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $1,354.98 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $4,596.34 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $3,512.98 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $782.14 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $431,235.49 | NORMAL COURSE INTERCOMPANY TRANSFERS |

Debtor   Avon Products, Inc.                                    Case number (if known)   24-11837

(Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | 04/30/2024 | $280,487.17 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $39,332.61 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $96,266.77 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $63,236.81 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $72,498.08 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $25,255.14 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $137,949.24 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $263,200.15 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $19,675.42 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $99,448.86 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $14,095.97 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 04/30/2024 | $7,566.48 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 05/31/2024 | $7,037.55 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 05/31/2024 | $21,448.09 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 05/31/2024 | $7,939.73 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 05/31/2024 | $105,149.33 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 05/31/2024 | $11,489.70 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 05/31/2024 | $204,168.92 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 05/31/2024 | $671,787.29 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 05/31/2024 | $102,459.19 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 05/31/2024 | $6,433.70 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 05/31/2024 | $99,100.89 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 05/31/2024 | $1,079,129.17 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 05/31/2024 | $147,642.99 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 06/30/2024 | $1,000,000.00 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 06/30/2024 | $8,059.37 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 06/30/2024 | $300,526.92 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 06/30/2024 | $69,847.62 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 06/30/2024 | $17,297.25 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 06/30/2024 | $32,544.93 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 06/30/2024 | $5,569.86 | NORMAL COURSE INTERCOMPANY TRANSFERS |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | 06/30/2024 | $14,428.83 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 06/30/2024 | $179,333.82 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 06/30/2024 | $372,271.52 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 06/30/2024 | $189,878.77 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 06/30/2024 | $669,372.47 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/01/2024 | $877.37 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/01/2024 | $124,720.62 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/02/2024 | $99,757.17 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/03/2024 | $114,442.91 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/05/2024 | $328,739.17 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/09/2024 | $365,082.82 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/10/2024 | $825.18 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/10/2024 | $822.59 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/11/2024 | $6,883.72 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/16/2024 | $14,568.34 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/17/2024 | $119,338.51 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/19/2024 | $6,488.46 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/19/2024 | $4,944,839.07 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/23/2024 | $67,414.22 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/25/2024 | $279.49 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/25/2024 | $46,214.35 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/25/2024 | $634,849.14 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/26/2024 | $4,427.17 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 07/30/2024 | $30,468.30 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/01/2024 | $91,657.23 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/01/2024 | $54,199.98 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/05/2024 | $28,976.71 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/07/2024 | $3,713.10 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | 08/08/2024 | $4,444,370.61 | NORMAL COURSE INTERCOMPANY TRANSFERS |
| | **TOTAL FOR AIO US, INC.** | **$148,417,963.94** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| GINNY EDWARDS<br>4 INTERNATIONAL DRIVE<br>SUITE 110<br>RYE BROOK, NY 10573<br><br>**Relationship to Debtor**<br>FORMER OFFICER | 08/18/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 08/18/2023 | $14,869.63 | REGULAR EARNINGS |
| | 09/01/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 09/01/2023 | $14,869.63 | REGULAR EARNINGS |
| | 09/15/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 09/15/2023 | $14,869.63 | REGULAR EARNINGS |
| | 09/29/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 09/29/2023 | $14,869.63 | REGULAR EARNINGS |
| | 10/13/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 10/13/2023 | $14,869.63 | REGULAR EARNINGS |
| | 10/27/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 10/27/2023 | $14,869.63 | REGULAR EARNINGS |
| | 11/10/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 11/10/2023 | $14,869.63 | REGULAR EARNINGS |
| | 11/24/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 11/24/2023 | $14,869.63 | REGULAR EARNINGS |
| | 12/08/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 12/08/2023 | $14,869.63 | REGULAR EARNINGS |
| | 12/22/2023 | $207,009.00 | ADDITIONAL EARNINGS : 800-MISC PAYMENT |
| | 12/22/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 12/22/2023 | $14,869.63 | REGULAR EARNINGS |
| | 01/05/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 01/05/2024 | $14,869.63 | REGULAR EARNINGS |
| | 01/19/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 01/19/2024 | $93.94 | EXPENSE REIMBURSEMENT |
| | 01/19/2024 | $14,869.63 | REGULAR EARNINGS |
| | 02/02/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 02/02/2024 | $14,869.63 | REGULAR EARNINGS |
| | 02/16/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 02/16/2024 | $8,921.78 | ADDITIONAL EARNINGS : VPO-VAC PAYOUT |
| | 02/16/2024 | $7,434.82 | REGULAR EARNINGS |
| | 03/29/2024 | $3,737.69 | ADDITIONAL EARNINGS : 528-LONG TRM BON |
| | 08/01/2024 | $6.00 | EXPENSE REIMBURSEMENT |
| | **TOTAL FOR GINNY EDWARDS** | **$420,788.14** | |

Debtor    Avon Products, Inc.    Case number (if known)    24-11837
(Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| HRISTO EMILOV MANOV<br>4 INTERNATIONAL DRIVE<br>SUITE 110<br>RYE BROOK, NY  10573<br><br>**Relationship to Debtor**<br>DIRECTOR | 09/04/2023 | $12,500.00 | DIRECTOR PAYMENT |
| | 09/19/2023 | $12,500.00 | DIRECTOR PAYMENT |
| | 10/04/2023 | $12,500.00 | DIRECTOR PAYMENT |
| | 11/07/2023 | $12,500.00 | DIRECTOR PAYMENT |
| | 12/05/2023 | $12,500.00 | DIRECTOR PAYMENT |
| | 01/03/2024 | $12,500.00 | DIRECTOR PAYMENT |
| | 02/06/2024 | $12,500.00 | DIRECTOR PAYMENT |
| | 03/05/2024 | $12,500.00 | DIRECTOR PAYMENT |
| | 04/02/2024 | $12,500.00 | DIRECTOR PAYMENT |
| | 05/07/2024 | $12,500.00 | DIRECTOR PAYMENT |
| | 06/11/2024 | $12,500.00 | DIRECTOR PAYMENT |
| | 07/03/2024 | $12,500.00 | DIRECTOR PAYMENT |
| **TOTAL FOR HRISTO EMILOV MANOV** | | **$150,000.00** | |
| JOHN S. DUBEL<br>4 INTERNATIONAL DRIVE<br>SUITE 110<br>RYE BROOK, NY  10573<br><br>**Relationship to Debtor**<br>DIRECTOR | 09/04/2023 | $30,000.00 | DIRECTOR PAYMENT |
| | 10/05/2023 | $30,000.00 | DIRECTOR PAYMENT |
| | 11/03/2023 | $30,000.00 | DIRECTOR PAYMENT |
| | 12/04/2023 | $30,000.00 | DIRECTOR PAYMENT |
| | 01/03/2024 | $30,000.00 | DIRECTOR PAYMENT |
| | 02/02/2024 | $30,000.00 | DIRECTOR PAYMENT |
| | 03/04/2024 | $30,000.00 | DIRECTOR PAYMENT |
| | 04/05/2024 | $30,000.00 | DIRECTOR PAYMENT |
| | 04/08/2024 | $171.21 | DIRECTOR PAYMENT |
| | 05/06/2024 | $30,000.00 | DIRECTOR PAYMENT |
| | 06/11/2024 | $30,000.00 | DIRECTOR PAYMENT |
| | 07/05/2024 | $30,000.00 | DIRECTOR PAYMENT |
| | 07/15/2024 | $18,018.35 | DIRECTOR PAYMENT |
| | 08/07/2024 | $181.87 | DIRECTOR PAYMENT |
| | 08/08/2024 | $40,000.00 | DIRECTOR PAYMENT |
| **TOTAL FOR JOHN S. DUBEL** | | **$388,371.43** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| LISA SIDERS<br>4 INTERNATIONAL DRIVE<br>SUITE 110<br>RYE BROOK, NY  10573<br><br>**Relationship to Debtor**<br>VICE PRESIDENT | 08/18/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 08/18/2023 | $13,558.77 | REGULAR EARNINGS |
| | 09/01/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 09/01/2023 | $13,558.77 | REGULAR EARNINGS |
| | 09/15/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 09/15/2023 | $13,558.77 | REGULAR EARNINGS |
| | 09/29/2023 | $100,000.00 | ADDITIONAL EARNINGS : 800-MISC PAYMENT |
| | 09/29/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 09/29/2023 | $13,558.77 | REGULAR EARNINGS |
| | 10/13/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 10/13/2023 | $13,558.77 | REGULAR EARNINGS |
| | 10/27/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 10/27/2023 | $13,558.77 | REGULAR EARNINGS |
| | 11/10/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 11/10/2023 | $13,558.77 | REGULAR EARNINGS |
| | 11/24/2023 | $661.75 | ADDITIONAL EARNINGS : 231-DEPCARE MATCH |
| | 11/24/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 11/24/2023 | $13,558.77 | REGULAR EARNINGS |
| | 12/08/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 12/08/2023 | $13,558.77 | REGULAR EARNINGS |
| | 12/22/2023 | $205,920.00 | ADDITIONAL EARNINGS : 800-MISC PAYMENT |
| | 12/22/2023 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 12/22/2023 | $13,558.77 | REGULAR EARNINGS |
| | 12/29/2023 | $529.00 | ADDITIONAL EARNINGS : 800-MISC PAYMENT |
| | 01/05/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 01/05/2024 | $13,558.77 | REGULAR EARNINGS |
| | 01/19/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 01/19/2024 | $13,558.77 | REGULAR EARNINGS |
| | 01/25/2024 | $14.36 | EXPENSE REIMBURSEMENT |
| | 02/02/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 02/02/2024 | $13,558.77 | REGULAR EARNINGS |
| | 02/16/2024 | $50,000.00 | ADDITIONAL EARNINGS : BN1-BONUS |
| | 02/16/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 02/16/2024 | $356.74 | ADDITIONAL EARNINGS : RT1-RETROACTIVE |
| | 02/16/2024 | $15,342.48 | REGULAR EARNINGS |
| | 03/01/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 03/01/2024 | $15,342.48 | REGULAR EARNINGS |
| | 03/15/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |

Debtor    Avon Products, Inc.
_____
(Name)

Case number (if known) 24-11837
_____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | 03/15/2024 | $15,342.48 | REGULAR EARNINGS |
| | 03/29/2024 | $199,364.00 | ADDITIONAL EARNINGS : 522-ANN INC PL |
| | 03/29/2024 | $35,366.41 | ADDITIONAL EARNINGS : 528-LONG TRM BON |
| | 03/29/2024 | $2,910.75 | ADDITIONAL EARNINGS : 528-LONG TRM BON |
| | 03/29/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 03/29/2024 | $15,342.48 | REGULAR EARNINGS |
| | 04/12/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 04/12/2024 | $15,342.48 | REGULAR EARNINGS |
| | 04/26/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 04/26/2024 | $15,342.48 | REGULAR EARNINGS |
| | 05/10/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 05/10/2024 | $15,342.48 | REGULAR EARNINGS |
| | 05/24/2024 | $1,424.10 | ADDITIONAL EARNINGS : 528-LONG TRM BON |
| | 05/24/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 05/24/2024 | $15,342.48 | REGULAR EARNINGS |
| | 06/07/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 06/07/2024 | $15,342.48 | REGULAR EARNINGS |
| | 06/21/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 06/21/2024 | $15,342.48 | REGULAR EARNINGS |
| | 07/05/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 07/05/2024 | $15,342.48 | REGULAR EARNINGS |
| | 07/19/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 07/19/2024 | $15,342.48 | REGULAR EARNINGS |
| | 08/01/2024 | $313.12 | EXPENSE REIMBURSEMENT |
| | 08/02/2024 | $19.98 | ADDITIONAL EARNINGS : CD1-LTD IMP INC |
| | 08/02/2024 | $15,342.48 | REGULAR EARNINGS |
| | 08/09/2024 | $575,000.00 | KEY EMPLOYEE RETENTION PLAN |
| | **TOTAL FOR LISA SIDERS** | **$1,548,095.96** | |

**GRAND TOTAL:**    **$150,925,219.47**

**Part 3:**    **Legal Actions or Assignments**

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/12/2024.

✗ /s/ Philip J. Gund                                  Philip J. Gund
Signature of individual signing on behalf of the debtor    Printed Name

Chief Restructuring Officer and Treasurer
Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes